**EXHIBIT 17**



```
FGB.OLCS.ONLINE.STATEMENT    FAB - LIVE R13    06 NOV 19
Area  Head Office    No.   100                                    Printed at 06 NOV 2019 15:21:38
To    Head Office   Head Office

ARION METALS FZE
TOWER1.OFFICE 43,AMENITY,CENTRE                                   PAGE:  1
RAKEZ ,RAK ,P.O.BOX 116171 DUBAI
AE                                                                Intellect Acc No:
IBAN :                                                            Intellect IBAN:
ACCOUNT NO:                                                       CURRENCY: UAE DIRHAM
             ARION METALS FZE                                     STATEMENT PERIOD: 17 MAR 2019 TO  06 NOV 2019
```

| TRAN.DATE | VAL.DATE | DESCRIPTION | CHQ.NO | DR.AMT | CR.AMT | BALANCE |
|---|---|---|---|---|---|---|
|  |  | BALANCE B/F |  |  |  | 0.00 |
| 30 APR 19 | 30 APR 19 | Minimum Balance Charge |  | 500.00- |  | 500.00- |
| 21 MAY 19 | 21 MAY 19 | Transfer |  |  | 10,000.00 | 9,500.00 |
|  |  | Transfer INTERNAL TRANSFER USD TO AED |  |  |  |  |
| 31 MAY 19 | 01 JUN 19 | Debit Interest |  | 5.28- |  | 9,494.72 |
|  |  | Debit Interest |  |  |  |  |
| 31 MAY 19 | 31 MAY 19 | Minimum Balance Charge |  | 500.00- |  | 8,994.72 |
| 31 JUL 19 | 31 JUL 19 | Minimum Balance Charge |  | 500.00- |  | 8,494.72 |
| 31 AUG 19 | 31 AUG 19 | Minimum Balance Charge |  | 500.00- |  | 7,994.72 |
| 30 SEP 19 | 30 SEP 19 | Minimum Balance Charge |  | 500.00- |  | 7,494.72 |
| 31 OCT 19 | 31 OCT 19 | Minimum Balance Charge |  | 500.00- |  | 6,994.72 |
|  |  | BALANCE AT PERIOD END |  |  |  | 6,994.72 |



```
*This is a duplicate account statement generated as per customer request & doesn't require bank authorised signature*
Printed By: FABS1438                       BR CODE:   100                              15:21:38 06 NOV 2019
```



```
FGB.OLCS.ONLINE.STATEMENT   FAB - LIVE R13   06 NOV 19
Area  Head Office   No.   100                                          Printed at 06 NOV 2019 15:21:56
To    Head Office   Head Office

ARION METALS FZE
TOWER1,OFFICE 43,AMENITY,CENTRE                                   PAGE: 1
RAKEZ ,RAK .P.O.BOX 116171 DUBAI
AE                                                   Intellect Acc No:
IBAN :                                               Intellect IBAN:
ACCOUNT NO:                                          CURRENCY: US Dollar Dollar US
          ARION METALS FZE                           STATEMENT PERIOD: 17 MAR 2019 TO  06 NOV 2019
```

| TRAN.DATE | VAL.DATE | DESCRIPTION | CHQ.NO | DR.AMT | CR.AMT | BALANCE |
|---|---|---|---|---|---|---|
|  |  | BALANCE B/F |  |  |  | 0.00 |
| 14 MAY 19 | 14 MAY 19 | Inward Telex Transfer |  |  | 157,990.00 | 157,990.00 |
|  |  | Inward Telex Transfer |  |  |  |  |
|  |  | PARTIAL PAYMENT FOR THE INVOIC E NO |  |  |  |  |
| 21 MAY 19 | 21 MAY 19 | Transfer |  | 2,737.48- |  | 155,252.52 |
|  |  | AED |  |  |  |  |
|  |  | INTERNAL TRANSFER USD TO AED |  |  |  |  |
| 23 MAY 19 | 23 MAY 19 | Transfer |  | 140,000.00- |  | 15,252.52 |
|  |  | AMF |  |  |  |  |
|  |  | INTERNAL TRANSFER |  |  |  |  |
| 10 JUN 19 | 10 JUN 19 | Inward Telex Transfer |  |  | 1,669,490.00 | 1,684,742.52 |
|  |  | Inward Telex Transfer |  |  |  |  |
|  |  | FINAL PAYMENT FOR INVOICE NO ARION- |  |  |  |  |
| 12 JUN 19 | 12 JUN 19 | Transfer |  | 527,310.00- |  | 1,157,432.52 |
|  |  | usdtoeur |  |  |  |  |
|  |  | internal transfer usd to eur |  |  |  |  |
| 12 JUN 19 | 12 JUN 19 | Transfer |  | 1,134,000.00- |  | 23,432.52 |
|  |  | euros |  |  |  |  |
|  |  | internal transfer usd to eur |  |  |  |  |
| 23 JUL 19 | 23 JUL 19 | Inward Telex Transfer |  |  | 680,237.90 | 703,670.42 |
|  |  | Inward Telex Transfer |  |  |  |  |
|  |  | PAYMENT FOR THE INVOICE NO ARION-RT |  |  |  |  |
| 24 JUL 19 | 24 JUL 19 | Outward Telex Charges |  | 51.46- |  | 703,618.96 |
|  |  | PAYMENT AGAINST INVOICE NO AMF ZE/1 |  |  |  |  |
| 24 JUL 19 | 24 JUL 19 | Telex transfer |  | 657,473.60- |  | 46,145.36 |
|  |  | PAYMENT AGAINST INVOICE NO AMF ZE/1 |  |  |  |  |
|  |  | BALANCE AT PERIOD END |  |  |  | 46,145.36 |

```
*This is a duplicate account statement generated as per customer request & doesn't require bank authorised signature*
Printed By: FABS1438                BR CODE:  100                                  15:21:56 06 NOV 2019
```



```
FGB.OLCS.ONLINE.STATEMENT    FAB - LIVE R13    06 NOV 19
Area  Head Office     No.  100                                    Printed at 06 NOV 2019 15:22:17
To    Head Office  Head Office

ARION METALS FZE
TOWER1,OFFICE 43,AMENITY,CENTRE                        PAGE:  1
RAKEZ ,RAK ,P.O.BOX 116171 DUBAI
AE                                          Intellect Acc No:
IBAN :                                      Intellect IBAN:
ACCOUNT NO:                                 CURRENCY: Euro
              ARION METALS FZE              STATEMENT PERIOD: 17 MAR 2019 TO  06 NOV 2019
```

| TRAN.DATE | VAL.DATE | DESCRIPTION | CHQ.NO | DR.AMT | CR.AMT | BALANCE |
|---|---|---|---|---|---|---|
|  |  | BALANCE B/F |  |  |  | 0.00 |
| 23 MAY 19 | 23 MAY 19 | Transfer |  |  | 124,810.56 | 124,810.56 |
|  |  | Transfer |  |  |  |  |
|  |  | INTERNAL TRANSFER |  |  |  |  |
| 27 MAY 19 | 27 MAY 19 | Telex transfer |  | 120,000.00- |  | 4,810.56 |
|  |  | SIRITL1125 |  |  |  |  |
|  |  | INVOICE NO: SIRITL1125 |  |  |  |  |
| 12 JUN 19 | 12 JUN 19 | Transfer |  |  | 465,000.00 | 469,810.56 |
|  |  | Transfer |  |  |  |  |
|  |  | internal transfer usd to eur |  |  |  |  |
| 12 JUN 19 | 12 JUN 19 | Transfer |  |  | 1,000,000.00 | 1,469,810.56 |
|  |  | Transfer |  |  |  |  |
|  |  | internal transfer usd to eur |  |  |  |  |
| 18 JUN 19 | 18 JUN 19 | Outward Telex Charges |  | 45.79- |  | 1,469,764.77 |
|  |  | FULL PAYMENT FOR INVOICE NO RI T SI |  |  |  |  |
| 18 JUN 19 | 18 JUN 19 | Telex transfer |  | 1,000,000.00- |  | 469,764.77 |
|  |  | FULL PAYMENT FOR INVOICE NO RI T SI |  |  |  |  |
| 18 JUN 19 | 18 JUN 19 | Outward Telex Charges |  | 45.81- |  | 469,718.96 |
|  |  | FINAL PAYMENT FOR INVOICE RITS I131 |  |  |  |  |
| 18 JUN 19 | 18 JUN 19 | Telex transfer |  | 463,160.00- |  | 6,558.96 |
|  |  | FINAL PAYMENT FOR INVOICE RITS I131 |  |  |  |  |
| 25 JUN 19 | 25 JUN 19 | Inward Telex Transfer |  |  | 1,135,000.00 | 1,141,558.96 |
|  |  | Inward Telex Transfer |  |  |  |  |
|  |  | PARTIAL PAYMENT FOR THE INVOIC E NO |  |  |  |  |
| 25 JUN 19 | 25 JUN 19 | Outward Telex Charges |  | 45.15- |  | 1,141,513.81 |
|  |  | FULL PAYMENT FOR INV NO RITSI1 316 |  |  |  |  |
| 25 JUN 19 | 25 JUN 19 | Telex transfer |  | 1,130,157.98- |  | 11,355.83 |
|  |  | FULL PAYMENT FOR INV NO RITSI1 316 |  |  |  |  |

```
------------BALANCE AT PERIOD END----------------------------------------------------------------11,355.83 -
      *This is a duplicate account statement generated as per customer request & doesn't require bank authorised signature*
      Printed By: FABS1438                       BR CODE:  100                              15:22:17 06 NOV 2019
```