**EXHIBIT A**



# CHIPS Participants

| CHIPS Routing Number | Name | Home Office |
|---|---|---|
| 0184 | Banco Bilbao Vizcaya, S.A. | Spain |
| 0355 | Banco do Brasil S.A. | Brazil |
| 0869 | Bangkok Bank Public Company Limited | Thailand |
| 0279 | Bank Leumi US | United States |
| 0959 | Bank of America, N.A. | United States |
| 0326 | Bank of China | China |
| 1262 | Bank of Communications | China |
| 0253 | Bank of Nova Scotia | Canada |
| 0963 | MUFG Bank, Ltd. | Japan |
| 0257 | Barclays Bank PLC | England |
| 0160 | Branch Banking and Trust Company | United States |
| 0768 | BNP Paribas New York | France |
| 0480 | Brown Brothers Harriman & Co. | United States |
| 1468 | China Construction Bank Corporation | China |
| 1455 | China Merchants Bank | China |
| 0008 | Citibank, N.A. | United States |
| 0804 | Commerzbank AG | Germany |

| | | |
|---|---|---|
| 0807 | Credit Agricole Corporation and Investment Bank | France |
| 0865 | Credit Industriel et Commercial | France |
| 0378 | Deutsche Bank AG | Germany |
| 0103 | Deutsche Bank Trust Co Americas | United States |
| 0031 | Fifth Third Bank | United States |
| 0736 | Habib American Bank | United States |
| 0108 | HSBC Bank USA | United States |
| 1459 | Industrial and Commercial Bank of China | China |
| 0531 | Intesa Sanpaolo S.p.A. | Italy |
| 0976 | Israel Discount Bank of New York | United States |
| 0002 | JPMorgan Chase Bank, N.A. | United States |
| 0824 | KBC Bank N.V. | Belgium |
| 0555 | Manufacturers and Traders Trust Company | United States |
| 0174 | Mashreqbank psc | United Arab Emirates |
| 0908 | Mega Int'l Commercial Bank Co. | Taiwan |
| 0430 | Mizuho Bank, Ltd. – NY | Japan |
| 0112 | The Northern Trust Company | United States |
| 0422 | Societe Generale | France |
| 0256 | Standard Chartered Bank | England |
| 0914 | State Bank of India | India |
| 0487 | State Street Bank and Trust Company | United States |
| 0967 | Sumitomo Mitsui Banking Corporation | Japan |
| 0001 | The Bank of New York Mellon | United States |
| 0799 | UBS AG | Switzerland |
| 0049 | MUFG Union Bank, N.A. | United States |

| 0509 | Wells Fargo Bank NY INTL. | United States |
|---|---|---|
| 0407 | Wells Fargo Bank, San Francisco | United States |
| 44 Participants Last Updated 05/15/19 |||