**EXHIBIT B**

 (/index.html)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** BARCLAYS BANK, PLC
**Location:** NEW YORK, NY
**Routing Number:** 0260-0257-4
**Telegraphic Name:** BARCLAYS PLC
**Revised:** December 18, 2008
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is March 02, 2020.

  (/index.html)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** FRBNY - MBS ACCT BNPP
**Location:** NEW YORK, NY
**Routing Number:** 0210-8967-3
**Telegraphic Name:** FRBNPP
**Revised:** November 17, 2011
**Book-Entry Securities:** Ineligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is March 02, 2020.

 (/index.html)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** THE BANK OF NEW YORK MELLON
**Location:** NEW YORK, NY
**Routing Number:** 0110-0123-4
**Telegraphic Name:** BK OF NYC
**Revised:** April 24, 2017
**Book-Entry Securities:** Ineligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is March 02, 2020.

 (/index.html)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** BANK OF AMERICA, N.A., NY
**Location:** NEW YORK, NY
**Routing Number:** 0260-0959-3
**Telegraphic Name:** BK AMER NYC
**Revised:** November 13, 2003
**Book-Entry Securities:** Ineligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is March 02, 2020.

 (/index.html)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** CITIBANK, N.A.
**Location:** NEW YORK, NY
**Routing Number:** 0210-0008-9
**Telegraphic Name:** CITIBANK NYC
**Revised:** June 22, 2012
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise
search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is March 02, 2020.

 (/index.html)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** COMMERZBANK AG, NEW YORK BRANCH
**Location:** NEW YORK, NY
**Routing Number:** 0260-0804-4
**Telegraphic Name:** COMMERZBANK NYC
**Revised:** September 23, 2011
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is March 02, 2020.

  (/index.html)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** DEUTSCHE BANK TRUST CO. AMERICAS
**Location:** NEW YORK, NY
**Routing Number:** 0210-0103-3
**Telegraphic Name:** DBTCO AMERICAS NYC
**Revised:** September 9, 2002
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is March 02, 2020.

 (/index.html)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** JPMORGAN CHASE BANK, NA
**Location:** NEW YORK, NY
**Routing Number:** 0210-0002-1
**Telegraphic Name:** JPMCHASE
**Revised:** November 12, 2004
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is March 02, 2020.

 (/index.html)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** BANK OF NOVA SCOTIA
**Location:** NEW YORK, NY
**Routing Number:** 0260-0253-2
**Telegraphic Name:** BK NOVA SCOTIA NYC
**Revised:** N/A
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is March 02, 2020.

 (/index.html)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** STANDARD CHARTERED BANK LIMITED
**Location:** NEW YORK, NY
**Routing Number:** 0260-0256-1
**Telegraphic Name:** STANDARD CHART
**Revised:** August 19, 2002
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is March 02, 2020.

  (/index.html)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** SOCIETE GENERALE
**Location:** NEW YORK, NY
**Routing Number:** 0260-0422-6
**Telegraphic Name:** SOCIETE GEN
**Revised:** N/A
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is March 02, 2020.

 (/index.html)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** UBS AG
**Location:** NEW YORK, NY
**Routing Number:** 0260-0799-3
**Telegraphic Name:** UBS AG NYC
**Revised:** January 30, 2019
**Book-Entry Securities:** Ineligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is March 02, 2020.