**EXHIBIT C**

**Bank of America, National Association**
Branch of Charlotte, NC
1680 Broadway (10019)
**212/581-0951**
Rt No 0210 0032 2   1-32/210
Mgr NR
Branch Deposits   6/30/16   172,182,000

*Other City Branches*
50 Bayard St (10013-4903), 212/406-4711, Mgr NR
  Branch Deposits   6/30/16   357,757,000
277 Canal St (10013), 646/833-1982, Mgr NR
  Branch Deposits   6/30/16   149,805,000
358 Fifth Ave (10001), 212/220-0417, Mgr NR
  Branch Deposits   6/30/16   230,599,000
116 Fifth Ave (10011-5660), 212/633-7505, Mgr NR
  Branch Deposits   6/30/16   150,900,000
592 Fifth Ave (10036-4707), 212/852-8870, Mgr NR
  Branch Deposits   6/30/16   2,770,538,000
318 Grand St (10002-4592), 800/432-1000, Mgr NR
  Branch Deposits   6/30/16   73,676,000
345 Park Ave (10154), 212/355-4436, Mgr NR
  Branch Deposits   6/30/16   1,661,345,000
1143 Lexington Ave (10075), 212/717-4779, Mgr NR
  Branch Deposits   6/30/16   148,374,000
72 Second Ave (10003-8628), 800/432-1000, Mgr NR
  Branch Deposits   6/30/16   99,594,000
515 Seventh Ave (10018-5997), 212/704-7075, Mgr NR
  Branch Deposits   6/30/16   215,650,000
589 Broadway (10012-4481), 800/432-1000, Mgr NR
  Branch Deposits   6/30/16   190,922,000
56 E 42nd St (10017-5402), 212/907-5225, Mgr NR Rt No 0260 0750 8   1-0750/0260
  Branch Deposits   6/30/16   103,363,000
92 Delancey St (10002-3293), 212/253-5974, Mgr NR Rt No 0260 0750 8   1-0750/0260
  Branch Deposits   6/30/16   68,294,000
988 Third Ave (10022-1204), 212/891-2820, Mgr NR Rt No 0260 0750 8   1-0750/0260
  Branch Deposits   6/30/16   177,343,000
4061 Broadway (10032), 917/521-0431, Mgr NR
  Branch Deposits   6/30/16   47,979,000
670 Sixth Ave (10010), 917/521-2629, Mgr NR
  Branch Deposits   6/30/16   76,286,000
770 Broadway (10003), 212/253-2718, Mgr NR
  Branch Deposits   6/30/16   117,609,000
36 E 14th St (10003), 212/542-1002, Mgr NR
  Branch Deposits   6/30/16   1,436,501,000
157 E 125th St (10035-1748), 212/534-0025, Mgr NR
  Branch Deposits   6/30/16   30,931,000
29 Broadway (10006-3201), 212/563-7625, Mgr NR
  Branch Deposits   6/30/16   316,913,000
1775 Broadway and W 57th St (10019-1903), 800/432-1000, Mgr NR
  Branch Deposits   6/30/16   259,167,000
800 Avenue Of The Americas (10001-6345), 212/684-1541, Mgr NR
  Branch Deposits   6/30/16   182,497,000
200 Park Ave (10166-0005), 212/949-0102, Mgr NR
  Branch Deposits   6/30/16   75,539,000
2770 Broadway (10025-2805), 212/222-6281, Mgr NR
  Branch Deposits   6/30/16   107,187,000
215 W 125th St (10027-4426), 212/662-2368, Mgr NR
  Branch Deposits   6/30/16   31,821,000
1293 Broadway (10001-2910), 212/290-1988, Mgr NR
  Branch Deposits   6/30/16   132,929,000
One Penn Plaza East (10119-0002), 646/458-0010, Mgr NR
  Branch Deposits   6/30/16   140,172,000
675 Third Ave and 42nd St (10017-5707), 212/867-9546, Mgr NR
  Branch Deposits   6/30/16   162,522,000
25 W 51st St (10019-6902), 212/586-0830, Mgr NR
  Branch Deposits   6/30/16   1,389,954,000
335 Madison Ave (10017-4611), 212/260-0780, Mgr NR
  Branch Deposits   6/30/16   363,282,000
106 W 117th St (10026-2256), 212/662-0102, Mgr NR
  Branch Deposits   6/30/16   31,729,000
2574 Broadway (10025-5652), 212/222-2460, Mgr NR
  Branch Deposits   6/30/16   57,842,000
261 Broadway (10007-2305), 212/393-1030, Mgr NR
  Branch Deposits   6/30/16   87,875,000
1066 Lexington Ave (10021-2837), 212/774-1883, Mgr NR
  Branch Deposits   6/30/16   76,004,000
2380 Broadway (10024), 212/724-2402, Mgr NR
  Branch Deposits   6/30/16   182,839,000
301 W 145th St (10039), 646/393-3540, Mgr NR
  Branch Deposits   6/30/16   25,246,000
224 W 4th St (10014), 646/845-8998, Mgr NR
  Branch Deposits   6/30/16   756,359,000
240 Park Ave South (10003), 646/794-1060, Mgr NR
  Branch Deposits   6/30/16   59,817,000
900 Third Ave (10022), 212/752-0865, Mgr NR
  Branch Deposits   6/30/16   112,952,000
1330 1st Ave (10021), 646/794-0409, Mgr NR
  Branch Deposits   6/30/16   73,899,000
115 W 42nd St (10036), 212/764-0694, Mgr NR
  Branch Deposits   6/30/16   40,552,145,000
210 Dyckman St (10040), 718/838-7924, Mgr NR
  Branch Deposits   6/30/16   24,108,000
1107 Third Ave (10065), 646/666-6180, Mgr NR
808 Columbus Ave (10025), 212/328-0004, Mgr NR
127 8th Ave (10011), 212/229-4753, Mgr NR
2077 Broadway (10023), 212/595-1361, Mgr NR
2260 Broadway (10024), 212/381-0912, Mgr NR
835 8th Ave (10019), 212/287-2481, Mgr NR

*listing continued*
425 Lexington Ave, Frnt B (10017), 212/682-8318, Mgr NR
550 5th Ave (10036), 646/828-3324, Mgr NR
560 2nd Ave (10016), 212/220-0534, Mgr NR
254 W 57th St (10107), 212/287-0095, Mgr NR
345 Park Ave S (10010), 212/684-3762, Mgr NR
270 7th Ave (10001), 212/271-3000, Mgr NR
88 Bowery (10013), 917/534-7931, Mgr NR
260 Greenwich St (10007), 212/571-2404, Mgr NR
95 Wall St (10005), 212/548-3052, Mgr NR
1275 Lexington Ave (10028), 212/717-4779, Mgr NR
4 World Financial Ctr, 250 Vesey St (10280), 609/274-8416, Mgr NR
150 Broadway Ave (10038), 212/406-0475, Mgr NR
  Branch Deposits   6/30/16   324,252,000
625 8th Ave (10018), 800/432-1000, Mgr NR
  Branch Deposits   6/30/16   5,330,000

**Bank of America, National Association** branch(es) located at 4 W 57th St, ceased oparations, effective October, 2015.

**Bank of Baroda**
Branch of Barode, India
One Park Avenue (10016-5801)
**212/578-4550 ext. 3003**   Telex RCA 238957
Fax 212/578-4565   Cable FORENBAR
Email ce.usa@bankofbaroda.com
Wire S.W.I.F.T. BARB US 33
Rt No 0260 0532 2   1-532/260
Mgr NR
Branch Deposits   6/30/16   6,352,936,000

**Bank of China Limited**
Branch of Beijing, China
410 Madison Ave (10017-1907)
**212/935-3101**   Telex 661723BKCHI
Fax 212/593-1831
Email Service_US@bank-of-china.com
Wire S.W.I.F.T. BKCH US 33, BKCH US 33 URC
Rt No 0260 0326 9   1-326/260
Mgr NR
Branch Deposits   6/30/16   16,543,431,000

*Other City Branches*
42-44 E Broadway (10002), 212/925-2355, Fax 212/431-6157, Mgr NR

**Bank of Communications Co., Ltd**
Branch of Shanghai, China
1 Exchange Plaza, 55 Broadway, 31st & 32nd Fl (10006-3008)
**212/376-8030**   Fax 212/376-8089
Wire S.W.I.F.T. COMM US 33
Rt No 0260 1262 9   1-1262/260
Mgr Hong Tu, Gen Mgr

**The Bank of East Asia, Limited**
Branch of Hong Kong Island, Hong Kong
540 Madison Ave, 10th Fl (10022)
**212/238-8200**   Fax 212/219-3211
Email info@nybea.com
Wire S.W.I.F.T. BEAS US 33
Rt No 0260 1385 1   1-1385/260
Mgr Peng-wah Tang, Gen Mgr
Branch Deposits   6/30/16   1,820,247,000

**Bank of Hope**
Branch of Los Angeles, CA
16 W 32nd St (10001)
**212/279-2790**
Rt No 0260 1324 6   1-1324/260
Mgr NR

*Other City Branches*
308 Fifth Ave (10001-3819), 212/695-5757, Mgr NR Rt No 0260 1316 5   1-1316/0260

**Bank of India**
Branch of Mumbai, India
277 Park Ave (10172-0083)
**212/753-6100**   Telex 234444 239768 216762 218037   Fax 212/319-6347   Cable STRINGENT NYK
Email boiny@usa.net
Wire S.W.I.F.T. BKID US 33
Rt No 0260 0545 8   1-545/260
Mgr G S Dahotre, Mng Dir
Branch Deposits   6/30/16   4,794,281,000

**The Bank of Japan**
Rep Office of Tokyo, Japan
One Chase Manhattan Plaza, 59th Fl (10005)
**212/269-6566**   Fax 212/269-6127
Rt No
Mgr NR

**The Bank of Korea**
Rep Office of Seoul, South Korea
780 3rd, 23rd floor (10017-0204)
**212/759-5121**   Telex 235995 BOKNY UR
Fax 212/758-6563   Cable KORBAREP NEW YORK
Email bokny@cais.com
Rt No
Mgr NR

**The Bank of Kyoto, Ltd**
Branch of Kyoto, Japan
Two World Financial Ctr, 225 Liberty St, 36th Fl (10281)   Telex 3723889 BOKNY
Fax 212/945-9088
Rt No 0260 1156 5   1-1156/260
Mgr NR

**Bank of Montreal**
Branch of Montreal, Canada
3 Times Square (10036-6564)
**212/758-6300**   Telex MTLA UT (TRT) 177607
Cable BKMONTREAL NYK
Rt No
Mgr NR

listing continued

### The Bank of Nagoya, Ltd
Branch of Nagoya, Japan  
345 Park Ave (10017-3136)  
212/867-7580   Telex 216750 NAGONY  
Fax 212/867-9188

Rt No 0260 1229 2   1-1229/260  
Mgr NR

### The Bank of New York Mellon

Rt No 0210 0001 8   1-1/210   Fedwire on-line  
Fed Telegraph Name BK OF NYC

State/Commercial Bank  
One Wall St (10286)  
212/495-1784   Telex (MCI)62763 62832 232241  
Email customerservice@bnymellon.com  
Internet www.bnymellon.com   Estb 1784  
Memb FDIC, Fed, ABAMN, BACS Ltd, Chaps Clearing Co Ltd   ACH:Yes  
Return Items 412/234-2335  
Holding Co Bank of New York Mellon Corporation, New York City  
Wire S.W.I.F.T. IRVT US 3N, IRVT US 3N ACH, IRVT US 3N GCO, IRVT US 3N ADR, IRVT US 3N BDS, IRVT US 3N GSC, IRVT US 3N LCI, IRVT US 3N LCM, IRVT US 3N LCR, IRVT US 3N RCL, IRVT US 3N RMB, IRVT US 3N STC, IRVT US 3N EQD, IRVT US 3N CLS, IRVT US 3N 3NCMM, IRVT US 3N IRD, IRVT US 3N MFT, IRVT US 3N MMI, IRVT US 3N FUT, IRVT US 3N AMS, IRVT US 3N IBK

| Asset Rank 1/117 State | 6/5,189 U.S. | |
|---|---|---|
| Financial Figures | 6/30/16 | 6/30/17 |
| Total Assets | 298,719,000,000 | 280,876,000,000 |
| Total Loans | 35,324,000,000 | 32,260,000,000 |
| Total Deposits | 252,100,000,000 | 238,984,000,000 |
| Total Equity | 23,430,000,000 | 25,474,000,000 |
| Net Income | 1,089,000,000 | 1,254,000,000 |

(For Correspondent Information please refer to The Worldwide Correspondents Guide)

Chair Gerald L Hassell  
President Karen B Peetz  
CEO Gerald L Hassell  
Fin/Acctg Deno D Papageorge, Sr EVP & Fin Mkt Svcs

Loans Robert B Purcell, SVP & Sr Cr Off  
Marketing Frank Scarangella, SVP  
Operations Howard Russell

City Branches  
101 Barclay St (10286), , Mgr NR  
30 Broad St - Lower Level (10286), Mgr NR  
120 Broadway, 13th Fl (10271-0002), Mgr NR  Rt No 0260 1089 6   1-1089/0260  
Other Branches Hyde Park, Monsey, New York City: Brooklyn, Manhattan(6) , Syracuse (2), Uniondale, Utica; FL: Lake Mary; MA: Lynnfield, Westborough; NJ: Pompton Lakes, Rutherford, Secaucus, Woodland Park; PA: Valley Forge; TN: Memphis, Nashville

### The Bank of Nova Scotia
Agency of Toronto, Canada  
250 Vesey St, 23rd Fl (10281)  
212/225-5000   Telex ITT 421791  
Fax 212/225-5090  
Wire S.W.I.F.T. NOSC US 33, NOSC US 33 GSL, NOSC US 33 TPS, NOSC US 33 NYA

Rt No 0260 0253 2   1-253/260  
Mgr NR

### Bank of Taiwan
Branch of Taipei, Taiwan  
11th Floor, 100 Wall Street (10005)  
212/968-8128   Fax 212/968-8370  
Wire S.W.I.F.T. BKTW US 33

Rt No 0260 1247 0   1-1247/260  
Mgr NR

### Bank of Thailand
Rep Office of Bangkok, Thailand  
1270 Avenue of the Americas , 27th Fl (10020)  
212/218-7950   Fax 212/218-7945  
Email botnewyork@aol.com

Rt No  
Mgr Vachira Aromdee, Ch Rep, NYC Rep Ofc

### Bank of the Ozarks
Branch of Little Rock, AR  
One Rockefeller Plz, Ste 400 (10020)  
212/218-8383

Rt No 0260 1329 1   1-1329/260  
Mgr NR

### The Bank of Tokyo-Mitsubishi UFJ, Ltd
Branch of Tokyo, Japan  
1251 Ave of the Americas (10020-1104)  
212/782-4000   Telex 222968 TOHBANK  
Fax 212/782-6414  
Wire S.W.I.F.T. BOTK US 33

Rt No 0260 0963 2   1-963/260  
Mgr Norimichi Kanari, Gen Mgr

Other City Branches  
55 E 52nd St, Park Avenue Plaza (10055), 212/782-4000, Mgr NR

### The Bank of Yokohama, Ltd
Rep Office of Tokyo, Japan  
780 Third Avenue, 32nd Floor (10017)  
212/750-0022   Fax 212/750-8008

Rt No  
Mgr NR

### PT Bank Rakyat Indonesia
Agency of Jakarta, Indonesia  
11th Floor, 14 Wall Street (10005)  
212/379-3840   Telex RCA 201131 BRNY UR  
Fax 212/379-3850   Cable CABRIUSA  
Wire S.W.I.F.T. BRIN US 33

Rt No 0260 1161 7   1-1161/260  
Mgr Nandi Hamaki, Gen Mgr

### BankUnited, National Association
Branch of Miami Lakes, FL  
299 Park Ave (10016)  
831/454-4700

Rt No 2670 9059 4   63-9059/2670  
Mgr NR

Other City Branches  
136 E 57th St (10022), 212/705-8600, Mgr NR  
960 Ave of the Americas (10001), 212/356-7600, Mgr NR  
623 Fifth Ave, 11th Fl (10022), 212/409-1200, Mgr NR   Rt No 0260 1458 8   1-1458/0260

### Banque de l'Habitat du Sénégal
Agency of Dakar, Senegal  
450 7th Avenue, Suite 601 (10123)  
212/841-3000

Rt No  
Mgr NR

### Barclays Bank PLC
Branch of London, United Kingdom  
200 Park Avenue (10016)  
212/412-4000  
Wire S.W.I.F.T. BARC US 33

Rt No 0260 0257 4   1-257/260  
Mgr NR

### Bayerische Landesbank
Branch of Munich, Germany  
560 Lexington Ave, 22nd Fl (10022)  
212/310-9800   Fax 212/310-9822  
Wire S.W.I.F.T. BYLA US 33, BYLA US 33 IBF, BYLA US 33 NYC

Rt No 0260 0333 7   1-333/260  
Mgr  
Karl-Heinz Wallner, SVP, alternate Principal Officer

**BBCN Bank** changed title to Bank of Hope, effective July, 2016.

### The Berkshire Bank

Rt No 0260 1192 1   1-1192/260   Fedwire on-line  
Fed Telegraph Name BERKSHIRE BANK NYC

State/Commercial Bank/Commercial Bank  
4 E 39th St (10016)  
212/802-1000   Fax 212/481-0815  
Email info@berkbank.com  
Internet www.berkbank.com   Estb 1989  
ACH:Yes  
Return Items 212/785-8499  
Holding Co Berkshire Bancorp, Inc, New York City

| Asset Rank 55/117 State | 943/5,189 U.S. | |
|---|---|---|
| Financial Figures | 6/30/16 | 6/30/17 |
| Total Assets | 727,355,000 | 699,877,000 |
| Total Loans | 354,946,000 | 368,769,000 |
| Total Deposits | 583,821,000 | 583,370,000 |
| Total Equity | 108,355,000 | 112,047,000 |
| Net Income | 2,594,000 | 2,862,000 |

Chair Moses Marx  
President Moses Krausz  
CEO Moses Krausz  
Fin/Acctg David W Lukens, Jr, EVP

Loans NR  
Marketing NR  
Operations Allison Powell, SVP & COO

City Branches  
5 Broadway (10004), 212/785-4440, Fax 212/785-4441, Mgr NR  
  Branch Deposits  6/30/16  28,808,000  
210 Pinehurst Ave (10033), 212/568-0013, Fax 212/568-4086, Mgr NR  
  Branch Deposits  6/30/16  21,399,000  
Other Branches Bloomingburg, Goshen, Harriman, New York City: Brooklyn(4) , Manhattan(3) ; NJ: Teaneck

### Bessemer Trust Company, N.A.

Rt No 0260 0875 6   1-875/260   Fedwire on-line  
Fed Telegraph Name BESSEMER TR NYC

National/Commercial Bank  
630 Fifth Ave (10111-0333)  
212/708-9100   Telex 423816   Fax 212/265-5826  
Cable CARPHI   Internet www.bessemer.com  
Estb 1974   Memb ABA, FDIC, Fed, BAI, NY Bnkrs  
ACH:Yes  
Return Items 732/694-5574  
Holding Co The Bessemer Group, Inc., Woodbridge, NJ

| Asset Rank 29/117 State | 379/5,189 U.S. | |
|---|---|---|
| Financial Figures | 6/30/16 | 6/30/17 |
| Total Assets | 1,910,767,000 | 1,908,107,000 |
| Total Loans | 386,348,000 | 476,659,000 |
| Total Deposits | 1,618,058,000 | 1,597,064,000 |
| Total Equity | 210,575,000 | 226,394,000 |
| Net Income | 18,885,000 | 28,424,000 |

(For Correspondent Information please refer to The Worldwide Correspondents Guide)

Chair Stuart S Janney III  
President George H Wilcox  
CEO Marc Stern  
Fin/Acctg Richard T Murtagh, Prin

Loans John G MacDonald, Mng Dir  
Marketing Robert C Elliott, Sr Mng Dir  
Operations C S Ram, SVP & Asst Treas

Other Branches CA: San Francisco; FL: Naples

**BHF-BANK Aktiengesellschaft** changed title to ODDO BHF Aktiengesellschaft, effective April, 2017.

**BNB Hana Bank, National Association** changed title to KEB Hana Bank USA, National Association, effective September, 2016.

### BNP Paribas
Branch of Paris, France  
787 7th Ave, The Equitable Tower (10019)  
201/850-4000   Fax 212/841-2146  
Wire S.W.I.F.T. BNPA US 3N, BNPA US 3N CUS, BNPA US 3N FXP, BNPA US 3N PBS, BNPA US 3N SFM, BNPA US 3N SLA, BNPA US 3N IHC, BNPA US 31 021, BNPA US 31 022, BNPA US 31 023, BNPA US 31 024, BNPA US 31 025, BNPA US 31 026, BNPA US 31 027, BNPA US 31  
028, BNPA US 31 029, BNPA US 31 030, BNPA US 31 031, BNPA US 31 032, BNPA US 31 033, BNPA US 31 034, BNPA US 31 035, BNPA US 31 036, BNPA US 31 037, BNPA US 31 038, BNPA US 31 039, BNPA US 31 040, BNPA US 3N B2S, BNPA US 31 020, BNPA US 31 019, BNPA US 31 018, BNPA US 31 017, BNPA US 31 016, BNPA US 31 015, BNPA US 31 014, BNPA US 31 013, BNPA US 31 012, BNPA US 31 011, BNPA US 31 010, BNPA US 31 009, BNPA US 31 008, BNPA US 31 007, BNPA US 31 006, BNPA US 31 005, BNPA US 31 004, BNPA US 31 003, BNPA US 31 002, BNPA US 31 001, BNPA US 3N WHL, BNPA US 3N AOP, BNPA US 31

Rt No 0260 0768 9   1-768/260  
Mgr NR

Other City Branches  
200 Park Ave (10022-1240), 212/681-3000, Fax 212/681-3250, Mgr NR

### BNP Paribas Fortis SA/NV
Branch of Brussels, Belgium  
787 7th Ave, 31st Fl, The Equitable Tower (10019)  
201/850-4000  
Wire S.W.I.F.T. GEBA US 33

Rt No 0260 0123 2   1-123/260  
Mgr Alfred Torres, Dpty Br Mgr

**BNY Mellon, National Association**
Branch of Pittsburgh, PA
200 Park Ave, 17th Fl (10166-6022)
800/336-8895
Rt No 0430 1926 5   8-1926/430
Mgr NR

*Other City Branches*
706 Madison Ave at 63rd St (10021-7293), 212/527-3706, *Mgr* NR
One Wall St, Manhattan Pvt Bnkg Office (10286), 212/635-1216, *Mgr* NR
51 West 51st St (10019), 212/408-7733, *Mgr* NR
200 Park Ave (10166), 210/922-4540, *Mgr* NR

**Boston Overseas Financial Corp**
Edge Act CorpFederal/Edge Act Corporation
One Bryant Park (10036)
617/346-4000
*Return Items* Use main phone
*Holding Co* Bank of America Corporation, Charlotte, NC
Rt No
President NR

**The Bridgehampton National Bank**
Branch of Bridgehampton
12 E 52nd St (10022)
646/756-5900
Rt No 0214 1393 5   50-1393/214
Mgr Michael Caldwell, VP

**Brown Brothers Harriman & Co**
Rt No 0260 0480 2   1-480/260

State/Private Bank
140 Broadway (10005-1101)
**212/483-1818**   *Telex* ITT 420096
*Email* contactus@bbh.com
*Cable* BROWNSBANK-NEW YORK
*Internet* www.bbh.com   *Estb* 1818
*Return Items* Use main phone
*Holding Co* NA
*Wire* S.W.I.F.T. BBHC US 33, BBHC US 33 LUX, BBHC US 3I STK, BBHC US 3I BYS, BBHC US 3I TAM, BBHC US 3I IMS, BBHC US 3I ANI, BBHC US 3I NML, BBHC US 3I BNP, BBHC US 3I EFS, BBHC US 3I PA1, BBHC US 3I FID, BBHC US 3I WCM, BBHC US 3I TRC, BBHC US 3IFRS, BBHC US 3I MAT, BBHC US 3I MEA, BBHC US 3I PCO, BBHC US 3I AFP, BBHC US 3I NZM, BBHC US 3I P17, BBHC US 3I LNS, BBHC US 3I LNB, BBHC US 3I AIV, BBHC US 3I CHH, BBHC US 3I P16, BBHC US 3I GEA, BBHC US 3I SCR, BBHC US 3I P05, BBHC US 3I BGC, BBHC US 3I P06, BBHC US 3I P21, BBHC US 3I RAB, BBHC US 3I CHA, BBHC US 3I CSA, BBHC US 3I JAN, BBHC US 3I P09, BBHC US 3I LLG, BBHC US 3I P10, BBHC US 3I CSG, BBHC US 3I PPA, BBHC US 3I RIJ, BBHC US 3I CNS, BBHC US 3I NUV, BBHC US 3I FSE, BBHC US 3I FCM, BBHC US 3I OPS, BBHC US 3I P20, BBHC US 3I P24, BBHC US 3I P23, BBHC US 3I P22, BBHC US 3I AXA, BBHC US 3I CSM, BBHC US 3I IRN, BBHC US 3I WRF, BBHC US 3I STL, BBHC US 3I MON, BBHC US 3I RMG, BBHC US 3I MCK, BBHC US 3I ALA, BBHC US 3I FX1, BBHC US 3I NFR, BBHC US 3I THB, BBHC US 3I FIJ, BBHC US 3I VAM, BBHC US 3I FIL, BBHC US 3I MAM, BBHC US 3I IFI, BBHC US 3I LSV, BBHC US 3I SEI, BBHC US 3I BSL, BBHC US 3I JNA, BBHC US 3I BLK, BBHC US 3I CCI, BBHC US 3I BHM, BBHC US 3I OPY, BBHC US 3I OFI, BBHC US 3I LVA, BBHC US 3I SYS, BBHC US 3I FAC, BBHC US 3I ARI, BBHC US 3I ETC, BBHC US 3I TIA, BBHC US 3I BFM, BBHC US 3I HND, BBHC US 3I WAM, BBHC US 3I AEW, BBHC US 3I, BBHC US 3I BRW, BBHC US 3I PCT, BBHC US 3I LMC, BBHC US 3I BPT, BBHC US 3I LAM, BBHC US 3I VBR, BBHC US 3I JSA, BBHC US 3I ICB, BBHC US 3I RCM, BBHC US 3I VON, BBHC US 3I FSC, BBHC US 3I TWO, BBHC US 3I IEF, BBHC US 3I SOM, BBHC US 3I PFG, BBHC US 3I RIV, BBHC US 3I TSA, BBHC US 3I TSI, BBHC US 3I BFA, BBHC US 3I PCM, BBHC US 3I BIP, BBHC US 3I MGZ, BBHC US 3I SCT, BBHC US 3I MMF, BBHC US 3I NMA, BBHC US 3I WRM, BBHC US 3I IM2, BBHC US 3I DEN, BBHC US 3I GMA, BBHC US 3I MKT, BBHC US 3I ASH, BBHC US 3I TKM, BBHC US 3I FCA, BBHC US 3I LMJ, BBHC US 3I IMU, BBHC US 3I AFI, BBHC US 3I TCW, BBHC US 3I STR, BBHC US 3I PMJ, BBHC US 3I IDN, BBHC US 3I ARS, BBHC US 3I CAM, BBHC US 3I WIM, BBHC US 3I AFC, BBHC US 3I TSL, BBHC US 3I MAJ, BBHC US 3I BAR, BBHC US 3I TSS, BBHC US 3I JNS, BBHC US 3I EPL, BBHC US 3I SAI, BBHC US 3I AGN, BBHC US 3I BAM, BBHC US 3I NUM, BBHC US 3I ARC, BBHC US 3I MND, BBHC US 3I NAM, BBHC US 3I UAT, BBHC US 3I HCM, BBHC US 3I MNR, BBHC US 3I SYM, BBHC US 3I TRI, BBHC US 3I SWC, BBHC US 3I OFD, BBHC US 3I AIF, BBHC US 3I MUZ, BBHC US 3I SCH, BBHC US 3I IDC, BBHC US 3I AST, BBHC US 3I GPA, BBHC US 3I VGR, BBHC US 3I INE, BBHC US 3I OLD, BBHC US 3I CMF, BBHC US 3I P04, BBHC US 3I P07, BBHC US 3I P08, BBHC US 3I P11, BBHC US 3I P12, BBHC US 3I SKN, BBHC US 3I GSF, BBHC US 3I WEL, BBHC US 3I ING, BBHC US 3I AQR, BBHC US 3I ICN, BBHC US 3I DRI, BBHC US 3I MYA, BBHC US 3I LEG, BBHC US 3I ABD, BBHC US 3I ALL, BBHC US 3I RWC, BBHC US 3I ARP, BBHC US 3I SMS, BBHC US 3I SEA, BBHC US 3I ALG, BBHC US 3I DIA, BBHC US 3I AFF, BBHC US 3I AXI, BBHC US 3I FXA, BBHC US 3I MUK, BBHC US 3I FPS, BBHC US 3I INC, BBHC US 3I INT, BBHC US 3I INV, BBHC US 3I NBB, BBHC US 3I OML, BBHC US 3I PIN, BBHC US 3I SCI, BBHC US 3I RHJ, BBHC US 3I SIJ, BBHC US 3I TRO

*(For Correspondent Information please refer to The Worldwide Correspondents Guide)*

**Caixa Geral de Depósitos**
Branch of Lisbon, Portugal
733 3rd Ave, 22nd Fl (10017)
**212/557-0025**   *Fax* 212/687-0848
*Wire* S.W.I.F.T. CGDI US 33
Rt No 0260 1351 8   1-1351/260
Mgr NR

**Canadian Imperial Bank of Commerce**
Agency of Toronto, Canada
425 Lexington Ave (10017)
**212/856-4000**   *Telex* RCA 232666 CANB UR MCI
6790781 CANB UW   *Fax* 212/856-3973
*Cable* CANBANK NY
*Wire* S.W.I.F.T. CIBC US 33, CIBC US 33 IBF
Rt No 0260 0255 8   1-255/260
Mgr NR

**Canara Bank**
Branch of Bengaluru, India
405 Park Ave, Ste 904 (10022)
646/760-0495
Rt No 0260 1494 4   1-1494/260
Mgr NR

**Capital One, National Association**
Branch of McLean, VA
502 Park Ave (10022)
212/980-3840
Rt No 0650 0009 0   14-9/650
Mgr NR
Branch Deposits   6/30/16   87,491,000

*Other City Branches*
700 St. Nicholas Ave (10031), 212/491-4100, *Mgr* NR *Rt No* 2260 7055 5   1-7055/2260
  Branch Deposits  6/30/16  62,898,000
116 Bowery (10013), 212/431-4100, *Mgr* NR *Rt No* 2260 7055 5   1-7055/2260
  Branch Deposits  6/30/16  224,842,000
1 Penn Plz (10119), 212/239-2400, *Mgr* NR *Rt No* 2260 7055 5   1-7055/2260
  Branch Deposits  6/30/16  228,670,000
109 E 42nd St (10017), 212/681-9000, *Mgr* NR *Rt No* 2260 7055 5   1-7055/2260
  Branch Deposits  6/30/16  208,303,000
750 Third Ave (46th St) (10017), 212/450-9725, *Mgr* NR *Rt No* 0260 0788 3   1-0788/0260
  Branch Deposits  6/30/16  81,593,000
845 Third Ave (10022), 212/935-7563, *Mgr* NR *Rt No* 0260 0788 3   1-0788/0260
  Branch Deposits  6/30/16  557,098,000
176 Broadway (10038), 212/233-8530, *Mgr* NR *Rt No* 0260 0788 3   1-0788/0260
  Branch Deposits  6/30/16  93,929,000
750 Columbus Ave (10025), 212/547-8483, *Mgr* NR *Rt No* 0260 0788 3   1-0788/0260
  Branch Deposits  6/30/16  21,547,000
991 Third Ave (10022), 212/644-8840, *Mgr* NR *Rt No* 2260 7055 5   1-7055/2260
  Branch Deposits  6/30/16  127,332,000
249 E 86th Street (10028), 212/534-7015, *Mgr* NR *Rt No* 2260 7055 5   1-7055/2260
  Branch Deposits  6/30/16  186,274,000
2379 Broadway (10024), 212/787-2914, *Mgr* NR *Rt No* 2260 7055 5   1-7055/2260
  Branch Deposits  6/30/16  175,533,000
840 Ninth Ave (10019), 212/262-3003, *Mgr* NR
  Branch Deposits  6/30/16  45,265,000
620 W 181st St (10033), 212/568-1037, *Mgr* NR
144 8th Ave (10011), 212/255-6014, *Mgr* NR
  Branch Deposits  6/30/16  44,179,000
277 Broadway (10007), 212/267-0726, *Mgr* NR
1512 2nd Ave (10075), 212/794-4320, *Mgr* NR
154 Bleecker St (10012), 212/353-3050, *Mgr* NR
220 E 42nd St (10017), 212/986-1269, *Mgr* NR *Rt No* 0214 0791 2   50-0791/0214
1865 Second Ave (10029), 212/457-4920, *Mgr* NR *Rt No* 0214 0791 2   50-0791/0214
2519 Broadway (10025), 518/752-3024, *Mgr* NR *Rt No* 0214 0791 2   50-0791/0214
320 Park Ave (10022), 212/755-5055, *Mgr* NR *Rt No* 0260 1150 7   1-1150/0260
  Branch Deposits  6/30/16  3,000,380,000
404 Fifth Ave (10018), 212/967-9400, *Mgr* NR *Rt No* 0260 1150 7   1-1150/0260
  Branch Deposits  6/30/16  76,524,000
1295 Second Ave (10065), 212/737-3974, *Mgr* NR *Rt No* 0260 1150 7   1-1150/0260
  Branch Deposits  6/30/16  105,637,000
1407 Broadway (10018), 212/869-0021, *Mgr* NR *Rt No* 0260 1150 7   1-1150/0260
  Branch Deposits  6/30/16  198,255,000
1345 Third Ave (10075), 212/535-3810, *Mgr* NR *Rt No* 0260 1150 7   1-1150/0260
  Branch Deposits  6/30/16  186,498,000
470 Park Ave South (10016), 212/679-1140, *Mgr* NR *Rt No* 0260 1150 7   1-1150/0260
  Branch Deposits  6/30/16  211,452,000
1001 Ave of the Americas (10018), 212/764-1001, *Mgr* NR *Rt No* 0214 0870 4   50-0870/0214
  Branch Deposits  6/30/16  138,452,000
1180 Third Ave (69th St) (10021), 212/744-6670, *Mgr* NR *Rt No* 0260 1150 7   1-1150/0260
  Branch Deposits  6/30/16  140,042,000
175 W 72nd St (10023), 212/712-2259, *Mgr* NR *Rt No* 0214 0791 2   50-0791/0214
  Branch Deposits  6/30/16  264,601,000
120 W 23rd St (10011), 212/414-0202, *Mgr* NR *Rt No* 0214 0791 2   50-0791/0214
  Branch Deposits  6/30/16  103,410,000
90 W Broadway (10007), 212/406-5900, *Mgr* NR *Rt No* 0214 0791 2   50-0791/0214
  Branch Deposits  6/30/16  92,518,000
57 W 57th St (10019), 212/956-2075, *Mgr* NR *Rt No* 0214 0791 2   50-0791/0214
  Branch Deposits  6/30/16  9,368,509,000
853 Broadway (10003), 917/438-2148, *Mgr* NR *Rt No* 0214 0791 2   50-0791/0214
  Branch Deposits  6/30/16  115,841,000
1166 Ave of the Americas (10036), 212/278-8460, *Mgr* NR *Rt No* 0214 0791 2   50-0791/0214
  Branch Deposits  6/30/16  170,861,000
1745 Broadway (10019), 212/582-6840, *Mgr* NR *Rt No* 0214 0791 2   50-0791/0214
  Branch Deposits  6/30/16  78,551,000
501 Broadway (10012), 212/226-1479, *Mgr* NR *Rt No* 0214 0791 2   50-0791/0214
  Branch Deposits  6/30/16  131,928,000
347 Sixth Ave (10014), 212/255-8492, *Mgr* NR *Rt No* 0214 0791 2   50-0791/0214
301-303 W 125th St (10027), 212/280-1677, *Mgr* NR *Rt No* 0214 0791 2   50-0791/0214
  Branch Deposits  6/30/16  20,937,000
159 2nd Ave (10003), 212/475-4170, *Mgr* NR *Rt No* 0214 0791 2   50-0791/0214
  Branch Deposits  6/30/16  36,217,000
273 E 3rd St (10009), 646/602-2194, *Mgr* NR *Rt No* 0214 0791 2   50-0791/0214
  Branch Deposits  6/30/16  13,828,000

**Capital One, National Association** *branch(es) located at 245 E 34th St, ceased operations effective July, 2016.*

**Cassa di Risparmio di Firenze S.p.A.**
Rep Office of Florence, Italy
375, Park Avenue, Seagram's
Building (10152-0001)
**212/759-6785**   *Telex* WUI 666491 FIGEV UW
*Fax* 212/759-6785   *Cable* CARFIGEV NYC
Rt No
Mgr NR

**Cathay Bank**
Branch of Los Angeles, CA
45 E Broadway (10002-6812)
**212/732-0200**  Fax 212/732-7389
Rt No 0260 0292 7  1-292/260
Mgr Joann Gong, Asst Cust Svc & Sales Mgr
Branch Deposits  6/30/16  94,273,000

*Other City Branches*
23 Chatham Sq (10038-1027), 212/693-9700, Mgr Grace Law, Reg VP  Rt No 0260 0142 3  1-0142/0260
  Branch Deposits  6/30/16  68,119,000
129 Lafayette St (10013), 646/307-8300, Fax 646/613-8025, Mgr Susan Wu, VP
  Branch Deposits  6/30/16  103,941,000
235 5th Ave (10016), 212/725-3800, Fax 212/683-7822, Mgr Mandy Wong, AVP  Rt No 0260 1082 5  1-1082/0260
  Branch Deposits  6/30/16  98,004,000
16-18 E Broadway (10002), 212/941-8500, Fax 212/941-8493, Mgr Grace Law, Reg VP  Rt No 0260 1082 5  1-1082/0260
  Branch Deposits  6/30/16  85,618,000

**Chang Hwa Commercial Bank Ltd**
Branch of Taichung, Taiwan
685 Third Avenue, 29th Floor (10017)
**212/651-9770**  Telex 6790574 CHCBNY
Fax 212/651-9785  Cable CHCBNY
Email chbny@chbnyc.com
Wire S.W.I.F.T. CCBC US 33
Rt No 0260 1204 3  1-1204/260
Mgr Yu-Sheng Tsai, VP & Gen Mgr

**Chase Manhattan USA**
Edge Act CorpFederal/Edge Act Corporation
270 Park Ave (10017)
**212/270-6000**  Telex 1561738 CMOBC
Return Items Use main phone
Holding Co JPMorgan Chase & Co., New York City
Rt No
Pres Warren R Leonard
Chair Robert G Murphy
Treas Michael P Esposito, Jr

**The Chiba Bank, Ltd**
Branch of Chiba, Japan
15th Floor, 1133 Avenue of the Americas, (10036)
Wire S.W.I.F.T. CHBA US 33
Rt No 0260 1112 5  1-1112/260
Mgr NR

**The Chiba Kogyo Bank, Ltd**
Rep Office of Chiba, Japan
290 Park Ave, East Bldg, 20th Fl (10017)
**212/867-5084**  Telex 23408589 CHIKBKNY
Fax 212/867-5048
Rt No
Mgr NR

**China CITIC Bank International Limited**
Branch of Hong Kong Island, Hong Kong
410 Park Avenue, 18/F (10022)
**212/588-7000**  Fax 212/791-3776
Email nyb@citickawahbank.com
Wire S.W.I.F.T. KWHK US 33
Rt No 0260 0600 4  1-600/260
Mgr Robert J Dilloff, VP & Ch Lending Off

**China Construction Bank Corporation**
Branch of Beijing, China
1095 Avenue of the Americas (10036)
**212/207-8188**  Fax 212/207-8288
Wire S.W.I.F.T. PCBC US 33
Rt No 0260 1468 5  1-1468/260
Mgr NR

**China Merchants Bank Co., Limited**
Branch of Shenzhen, China
535 Madison Ave, 18th Fl (10022)
**212/753-1801**
Wire S.W.I.F.T. CMBC US 33
Rt No 0260 1455 9  1-1455/260
Mgr NR

**The Chugoku Bank, Limited**
Rep Office of Okayama, Japan
150 East 52nd St, 7th Fl (10022-6017)
**212/371-7700**  Telex 214987 CHUGOKU
Fax 212/371-7173
Rt No
Mgr NR

**The Chukyo Bank, Limited**
Rep Office of Nagoya, Japan
399 Park Ave, 19th Fl (10022)
**212/421-6111**  Telex 244092 CHKNY UR
Fax 212/421-0380
Rt No
Mgr NR

**Citibank Korea Inc.**
Rep Office of Seoul, South Korea
140 West 57th Street, Suite 7D, 3rd Fl (00001-0954)
**212/397-3228**  Fax 212/397-6342
Rt No
Mgr NR

**Citibank, N.A.**
Branch of Sioux Falls, SD
666 Fifth Ave (10103)
**800/627-3999**
Rt No 0210 0008 9  1-8/210
Mgr NR
Branch Deposits  6/30/16  1,788,000,000

*Other City Branches*
120 Broadway (10271), 646/248-6660, Fax 646/502-6768, Mgr NR  Rt No 0210 0148 6  1-0148/0210
1 Rockefeller Plz (10020), 800/627-3999, Fax 646/374-3730, Mgr NR  Rt No 0210 0148 6  1-0148/0210
  Branch Deposits  6/30/16  259,000,000
205 E 42nd St (10017), 800/627-3999, Fax 646/352-0879, Mgr NR  Rt No 0210 0148 6  1-0148/0210
  Branch Deposits  6/30/16  419,000,000
90 Park Ave (10016), 800/627-3999, Fax 646/352-0766, Mgr NR  Rt No 0210 0148 6  1-0148/0210
  Branch Deposits  6/30/16  386,000,000

*listing continued*

*listing continued*
22 W 32nd St (10001), 800/627-3999, Fax 646/352-0743, Mgr NR  Rt No 0210 0148 6  1-0148/0210
785 Fifth Ave (10022), 800/627-3999, Fax 646/419-4098, Mgr NR  Rt No 0210 0148 6  1-0148/0210
  Branch Deposits  6/30/16  241,000,000
800 Third Ave (10022), 800/627-3999, Fax 646/375-1654, Mgr NR  Rt No 0210 0148 6  1-0148/0210
  Branch Deposits  6/30/16  321,000,000
866 United Nations Plz, 1st Fl (10017), 800/627-3999, Fax 646/352-0890, Mgr NR  Rt No 0210 0148 6  1-0148/0210
  Branch Deposits  6/30/16  252,000,000
1440 Broadway (10018), 800/627-3999, Fax 212/354-3923, Mgr NR  Rt No 0210 0148 6  1-0148/0210
  Branch Deposits  6/30/16  554,000,000
50 Avenue 'A' (10009), 800/627-3999, Fax 212/533-2733, Mgr NR  Rt No 0210 0148 6  1-0148/0210
  Branch Deposits  6/30/16  129,000,000
1107 Broadway (10010), 800/627-3999, Fax 646/291-5464, Mgr NR  Rt No 0210 0148 6  1-0148/0210
  Branch Deposits  6/30/16  339,000,000
1166 6th Ave (10036), 800/627-3999, Fax 646/502-6770, Mgr NR
  Branch Deposits  6/30/16  982,000,000
200 Park Ave (10166), 800/627-3999, Fax 646/374-3719, Mgr NR
  Branch Deposits  6/30/16  243,000,000
1748 Broadway (10019), 800/627-3999, Fax 646/374-3719, Mgr NR
  Branch Deposits  6/30/16  5,030,000,000
4955 Broadway (10034), 800/627-3999, Fax 646/502-6767, Mgr NR
  Branch Deposits  6/30/16  114,000,000
Two Mott St (10013), 800/627-3999, Fax 646/291-5970, Mgr NR
  Branch Deposits  6/30/16  642,000,000
164 Canal St (10013), 800/627-3999, Fax 646/291-5896, Mgr NR
  Branch Deposits  6/30/16  1,281,000,000
250 Broadway (10007), 800/627-3999, Fax 646/291-3786, Mgr NR
  Branch Deposits  6/30/16  772,000,000
1512 First Ave (10075), 800/627-3999, Fax 646/374-3829, Mgr NR
  Branch Deposits  6/30/16  487,000,000
79 Fifth Ave (10003), 800/627-3999, Fax 646/291-5972, Mgr NR
  Branch Deposits  6/30/16  844,000,000
411 Fifth Ave (10016), 800/627-3999, Fax 646/350-3272, Mgr NR
  Branch Deposits  6/30/16  537,000,000
1042 Madison Ave (10075), 800/627-3999, Fax 646/374-3743, Mgr NR
127 Hudson St (10013), 800/627-3999, Fax 646/291-5864, Mgr NR
  Branch Deposits  6/30/16  899,000,000
330 Madison Ave (10017), 800/627-3999, Fax 646/352-0844, Mgr NR
974 Third Ave (10022), 800/627-3999, Fax 646/403-3832, Mgr NR
  Branch Deposits  6/30/16  189,000,000
162 Amsterdam Ave (10023), 800/627-3999, Fax 646/430-9575, Mgr NR
  Branch Deposits  6/30/16  446,000,000
1078 Third Ave (10065), 800/627-3999, Fax 646/374-3748, Mgr NR
  Branch Deposits  6/30/16  281,000,000
460 Park Ave (10022), 800/627-3999, Fax 646/375-1654, Mgr NR
  Branch Deposits  6/30/16  1,588,000,000
411 Grand St (10002), 800/627-3999, Fax 646/291-1835, Mgr NR
  Branch Deposits  6/30/16  175,000,000
262 First Ave (10009), 800/627-3999, Fax 646/291-3847, Mgr NR
  Branch Deposits  6/30/16  316,000,000
734 Third Ave (10017), 800/627-3999, Fax 646/352-0876, Mgr NR
  Branch Deposits  6/30/16  1,390,000,000
171 E 72nd St (10021), 800/627-3999, Fax 646/374-3742, Mgr NR
  Branch Deposits  6/30/16  594,000,000
476 Broadway (10013), 800/627-3999, Fax 646/291-5922, Mgr NR
4249 Broadway (10033), 800/627-3999, Fax 646/502-6766, Mgr NR
  Branch Deposits  6/30/16  246,000,000
555 LaGuardia Pl (10012), 800/627-3999, Fax 646/291-5812, Mgr NR
  Branch Deposits  6/30/16  809,000,000
100 William St (10038), 800/627-3999, Fax 646/502-6773, Mgr NR
  Branch Deposits  6/30/16  327,000,000
123 E 86th St (10028), 800/627-3999, Fax 646/502-6764, Mgr NR
  Branch Deposits  6/30/16  575,000,000
322 W 23rd St (10011), 800/627-3999, Fax 646/291-5643, Mgr NR
  Branch Deposits  6/30/16  322,000,000
1 Park Ave (10016), 800/627-3999, Fax 646/291-5986, Mgr NR
  Branch Deposits  6/30/16  1,097,000,000
201 W 34th St (10001), 800/627-3999, Mgr NR
  Branch Deposits  6/30/16  710,000,000
170 W 72nd St (10023), 800/627-3999, Fax 646/430-9572, Mgr NR
  Branch Deposits  6/30/16  643,000,000
2350 Broadway (10024), 800/627-3999, Fax 646/495-9226, Mgr NR
  Branch Deposits  6/30/16  618,000,000
1275 Madison Ave (10128), 800/627-3999, Fax 646/502-6778, Mgr NR
  Branch Deposits  6/30/16  619,000,000
2560 Broadway (10025), 800/627-3999, Fax 646/495-9265, Mgr NR
  Branch Deposits  6/30/16  388,000,000
2261 First Ave (10035), 800/627-3999, Fax 646/502-6769, Mgr NR
  Branch Deposits  6/30/16  111,000,000
1310 Amsterdam Ave (10027), 800/627-3999, Fax 646/502-6752, Mgr NR
  Branch Deposits  6/30/16  184,000,000
2481 Adam Clayton Powell Blvd (10030), 800/627-3999, Fax 646/502-6765, Mgr NR
1 Broadway (10004), 800/627-3999, Fax 646/291-3726, Mgr NR
  Branch Deposits  6/30/16  515,000,000
111 Wall St (10005), 800/627-3999, Fax 646/291-3742, Mgr NR
  Branch Deposits  6/30/16  752,000,000
399 Park Ave (10022), 800/627-3999, Fax 646/502-6776, Mgr NR
401 W 42nd St (10036), 800/627-3999, Fax 646/502-6771, Mgr NR
  Branch Deposits  6/30/16  276,000,000
717 Ave of the Americas (10010), 800/627-3999, Fax 646/502-6751, Mgr NR
  Branch Deposits  6/30/16  691,000,000
2872 Broadway (10025), 800/627-3999, Fax 646/502-4196, Mgr NR
  Branch Deposits  6/30/16  841,000,000
1445 Third Ave (10028), 800/627-3999, Fax 646/375-1628, Mgr NR
  Branch Deposits  6/30/16  3,661,000,000

*listing continued*

**Citibank, N.A.**
*listing continued*

441 Columbus Ave (10024), 800/627-3999, *Fax* 646/495-9233, *Mgr* NR *Rt No* 0260 0565 2  1-0565/0260
*Branch Deposits* 6/30/16  171,000,000
201 W 125th St (10027), 800/627-3999, *Fax* 646/502-6763, *Mgr* NR
*Branch Deposits* 6/30/16  55,000,000
52 E 14th St (10003), 800/627-3399, *Fax* 646/291-3121, *Mgr* NR
485 First Ave (10016), 800/627-3999, *Fax* 855/350-8578, *Mgr* NR
400 Madison Ave (10017), 800/627-3999, *Fax* 646/352-0882, *Mgr* NR
749 Broadway (10003), 800/627-3999, *Fax* 646/291-3164, *Mgr* NR
1900 Broadway (10023), 800/627-3999, *Fax* 646/455-9218, *Mgr* NR
200 Varick St (10014), 800/627-3999, *Mgr* NR
395 6th Ave (10014), 646/264-1980, *Fax* 212/675-7839, *Mgr* NR
1065 6th Ave (10018), 800/627-3999, *Mgr* NR
185 Madison Ave (10016), *Mgr* NR
1330 First Ave (10021), 800/627-3999, *Mgr* NR

**Citibank, N.A.** *branch(es) located at 1044 First Ave, ceased operations, effective September, 2016.*

**Citibank, N.A.** *branch(es) located at 757 Madison Ave, ceased operations, effective June, 2017.*

**Citibank, N.A.** *branch(es) located at 115 E 23rd St, 4 Columbus Cir, 75 Christopher St, 388 Greenwich St, 16th Fl, ceased operations, effective January, 2016.*

**City National Bank**
*Branch of* Los Angeles, CA
400 Park Ave 7th Fl (10022)
**917/322-5200**  *Fax* 917/322-5211

*Rt No* 0260 1395 8  1-1395/260
**Mgr** NR
*Branch Deposits* 6/30/16  4,930,267,000

*Other City Branches*
1140 6th Ave (10036), 917/322-0900, *Mgr* NR

**City National Bank of New Jersey**
*Branch of* Newark, NJ
382 W 125th St (10027)
**212/865-4763**  *Fax* 212/865-4765

*Rt No* 0212 0163 9  55-163/212
**Mgr** Sabrina Brice
*Branch Deposits* 6/30/16  16,213,000

**CLS Bank International**
*Edge Act Corp* Federal/Edge Act Corporation

32 Old Slip, 23rd Fl, Financial Square (10005)
**212/943-2290**  *Fax* 212/363-6998
*Internet* www.cls-group.com  *ACH:* No
*Return Items* Use main phone
*Holding Co* CLS Group Holdings AG, Zürich, Zürich

*Rt No* 0260 1361 5  1-1361/260  *Fedwire on-line*
*Fed Telegraph Name* CLSS
**President** NR
**Chair** Kenneth Harvey
**CEO** David Puth
**CFO** Trevor Suarez

**Clydesdale Bank PLC**
*Rep Office of* Glasgow, United Kingdom
200 Park Ave, 34th Fl (10166-0005)  *Telex* 424725
NATAUS  *Fax* 212/983-1969

*Rt No*
**Mgr** NR

**Commerzbank AG**
*Branch of* Frankfurt, Germany
225 Liberty St (10281-1050)
**212/266-7200**  *Fax* 212/266-7235
*Email* commerzbanknorthamerica@commerzbank.com
*Wire* S.W.I.F.T. COBA US 3X, COBA US 3X IBF, COBA US 3X USF

*Rt No* 0260 0804 4  1-804/260
**Mgr** Werner Bönsch, EVP & Gen Mgr

*Other City Branches*
1301 Avenue of the Americas (10019), 212/969-2700, *Mgr* NR

**Commonwealth Bank of Australia**
*Branch of* Sydney, Australia
599 Lexington Ave, 17th Fl (10022-6030)
**212/848-9200**  *Telex* TRT 1776666
*Fax* 212/336-7725  *Cable* COMMBANK NEW YORK
*Wire* S.W.I.F.T. CTBA US 33, CTBA US 33 FXD, CTBA US 33 IBF, CTBA US 33 DEL

*Rt No* 0260 0902 7  1-902/260
**Mgr** Laurie Tuzo, EVP

**Coöperatieve Rabobank U.A.**
*Branch of* Utrecht, Netherlands
245 Park Ave, 38th Floor (10167-0001)
**212/916-7800**  *Telex* 424337  *Fax* 212/818-0233
*Cable* RABOBANK NYK
*Wire* S.W.I.F.T. RABO US 33, RABO US 33 TOR

*Rt No* 0260 0290 1  1-290/260
**Mgr** Cor Broekhuyse, Gen Mgr North America

**CorpBanca** *changed title to Itaú CorpBanca, effective April, 2016.*

**Country Bank**

*State/Commercial Bank*
655 Third Ave, 9th Fl (10017)
**212/818-9090**  *Fax* 212/883-6481
*Internet* www.countrybnk.com  *Estb* 1988
*Memb* ABA, FDIC, FHLB, IBNY, ICBA, NY Bnkrs
*ACH:* Yes
*Return Items* 212/818-9090
*Holding Co* Country Bank Holding Company, Inc, New York City

*Rt No* 0219 1136 9  50-1136/219  *Fedwire on-line*
*Fed Telegraph Name* COUNTRY BANK

| | Asset Rank 57/117 State | 1,031/5,189 U.S. |
|---|---|---|
| *Financial Figures* | 6/30/16 | 6/30/17 |
| *Total Assets* | 597,024,000 | 641,647,000 |
| *Total Loans* | 418,214,000 | 476,675,000 |
| *Total Deposits* | 520,586,000 | 536,260,000 |
| *Total Equity* | 54,548,000 | 61,511,000 |
| *Net Income* | 3,357,000 | 3,657,000 |

*(For Correspondent Information please refer to The Worldwide Correspondents Guide)*

*listing continued*

*listing continued*
**Chair** Diana Pacheco-Sanchez
**President** Joseph M Murphy, Jr
**CEO** Joseph M Murphy, Jr
**Fin/Acctg** Diane Cahill, VP

**Loans** Tim Moffett, VP
**Marketing** NR
**Operations** Carol Cruz, AVP & Asst. Oper Mgr

*City Branches*
902 Second Ave (10021), 212/829-9998, *Fax* 212/829-9997, *Mgr* NR
*Branch Deposits* 6/30/16  56,477,000
*Other Branches* : Bronx(2) , Manhattan(2) , Scarsdale

**Coutts & Co**
*Branch of* London, United Kingdom
Park Avenue Tower, 65 E 55th St, 22nd Fl (10022)
**212/303-2900**  *Fax* 212/303-2929

*Rt No*
**Mgr** NR

**Crédit Agricole Corporate and Investment Bank**
*Branch of* Montrouge, France
1301 Avenue of the Americas (10019)
**212/261-7000**  *Fax* 212/261-3289
*Wire* S.W.I.F.T. CRLY US 33, CRLY US 33 IBF

*Rt No* 0260 0807 3  1-807/260
**Mgr**
Tanya Crossley, Mng Dir- Media & Telecommunications Grp

**Credit Industriel et Commercial**
*Branch of* Paris, France
520 Madison Ave (10022)
**212/715-4400**  *Fax* 212/715-4477
*Wire* S.W.I.F.T. CMCI US 33, CMCI US 33 GCI, CMCI US 33 IBF

*Rt No* 0260 0865 9  1-865/260
**Mgr** Judith Dixon, VP

**Credit Suisse AG**
*Rep Office of* Zürich, Switzerland
Tower 49, 12 East 49th Street, 40th floor (10017)
**212/238-5125**  *Fax* 212/238-5128

*Rt No*
**Mgr** NR

**CTBC Bank Co Ltd**
*Branch of* Taipei, Taiwan
521 6th Ave. 11th FL. (10011)
**212/457-8888**  *Fax* 212/457-6666
*Email* john.teng@ctcbny.com
*Wire* S.W.I.F.T. CTCB US 33

*Rt No* 0260 1327 5  1-1327/260
**Mgr** NR

**CTBC Bank Corp. (USA).**
*Branch of* Los Angeles, CA
54-18 8th Ave (11220)
**718/854-2228**  *Fax* 718/854-2245

*Rt No* 0260 1178 5  1-1178/260
**Mgr** Edward Kong, AVP
*Branch Deposits* 6/30/16  63,498,000

**Cyprus Popular Bank Public Co Ltd**
*Rep Office of* Nicosia, Cyprus
450 Park Avenue, 19th floor - Suite 1901 (10022)
**212/319-3515**  *Fax* 212/319-3516
*Email* laiki.ny@laiki.com

*Rt No*
**Mgr** NR

**The Daisan Bank, Ltd**
*Rep Office of* Matsusaka, Japan
575 Fifth Ave, Ste 23E (10017)
**212/697-8833**  *Telex* 211174 DAISAN
*Fax* 212/697-6677

*Rt No*
**Mgr** NR

**Delta National Bank and Trust Company**

*National/Commercial Bank*
650 Fifth Ave, 26th Fl (10019)
**212/315-3131**  *Fax* 212/956-4847
*Email* info@deltabank.net
*Internet* www.deltabank.net  *Estb* 1986
*Memb* ABA, FDIC, Fed, CBANY, FBA  *ACH:* Yes
*Return Items* 212/315-3131 Ext 352
*Holding Co* Delta North Bankcorp Inc, New York City
*Wire* S.W.I.F.T. DNBT US 33

*Rt No* 0260 1077 3  1-1077/260  *Fedwire on-line*
*Fed Telegraph Name* DELTABANK NYC

| | Asset Rank 75/117 State | 1,445/5,189 U.S. |
|---|---|---|
| *Financial Figures* | 6/30/16 | 6/30/17 |
| *Total Assets* | 473,859,000 | 434,030,000 |
| *Total Loans* | 72,465,000 | 92,346,000 |
| *Total Deposits* | 382,503,000 | 321,696,000 |
| *Total Equity* | 52,972,000 | 53,374,000 |
| *Net Income* | 266,000 | 144,000 |

*(For Correspondent Information please refer to The Worldwide Correspondents Guide)*

**Chair** John Landers
**President** Guillermo Sefair
**CEO** Guillermo Sefair
**Fin/Acctg** NR

**Loans** NR
**Marketing** NR
**Operations** NR

*Other Branches* FL: Miami

**Deutsche Bank Aktiengesellschaft**
*Branch of* Frankfurt, Germany
60 Wall Street (10005-2858)
**212/469-8000**
*Wire* S.W.I.F.T. DEUT US 33 TSS, DEUT US 33 TRF, DEUT US 33 PBK, DEUT US 33 IBF, DEUT US 33 CUS, DEUT US 33 COM, DEUT US 33 APX, DEUT US 33

*Rt No* 0260 0378 0  1-378/260
**Mgr** NR

### Shinhan Bank America

*State/Commercial Bank*
330 Fifth Ave, 4th Fl (10001)
**646/843-7300**   Fax 212/447-7477
*Internet* www.shbamerica.com   *Estb* 1990
*Memb* ABA, FDIC, Fed, GBA, ICBA, WESPAY
ACH:Yes
*Return Items* 646/843-7300
*Holding Co* Shinhan Financial Group, Seoul,
*Wire* S.W.I.F.T. SHBK US 6L NYX

Rt No 0260 1196 3   1-1196/260   Fedwire on-line
Fed Telegraph Name SHINHAN BANK AM

| Asset Rank 37/117 State | 523/5,189 U.S. | |
|---|---|---|
| *Financial Figures* | *6/30/16* | *6/30/17* |
| Total Assets | 1,051,313,000 | 1,308,996,000 |
| Total Loans | 948,525,000 | 1,161,238,000 |
| Total Deposits | 873,148,000 | 1,134,492,000 |
| Total Equity | 153,907,000 | 160,782,000 |
| Net Income | 5,288,000 | 3,763,000 |

*(For Correspondent Information please refer to The Worldwide Correspondents Guide)*

Chair NR
President Woohong Kwak
CEO Woohong Kwak
Fin/Acctg NR

Loans Tae Seong Jeong, 1st VP
Marketing NR
Operations Joo Hern Lee, SVP

*City Branches*
313 Fifth Ave (10016), 646/843-7333, *Fax* 212/447-9169, *Mgr* NR
  Branch Deposits 6/30/16  113,761,000
*Other Branches* : Manhattan, Queens (Bayside, Flushing-2, Little Neck); CA: Buena Park, Irvine, Los Angeles, San Diego, Torrance; GA: Alpharetta, Duluth; NJ: Fort Lee, Palisades Park; TX: Dallas

### Shinsei Bank Limited
*Rep Office of* Tokyo, Japan
7 Times Square, 25th Fl (10036)
**646/840-9700**   Telex 425722   Fax 212/608-2303
Cable BANKCHOGIN NEW YORK

Rt No
Mgr NR

### The Shizuoka Bank, Ltd
*Branch of* Shizuoka, Japan
600 Lexington Avenue, 4th Floor (10022)
**212/319-6260**   Telex 408358 SHIZBK NY
Fax 212/319-6270
*Wire* S.W.I.F.T. SHIZ US 33

Rt No 0260 1194 7   1-1194/260
Mgr NR

### The Shoko Chukin Bank
*Branch of* Tokyo, Japan
666 Fifth Ave, 14th Fl (10103-0001)
**212/581-2800**   Telex 6801392 CHUKIN
Fax 212/581-4850
*Wire* S.W.I.F.T. SKCK US 33

Rt No 0260 1103 1   1-1103/260
Mgr Tamotsu Abe, Mng Dir

### Signature Bank

*State/Commercial Bank*
565 5th Ave, 12th Fl (10017)
**646/822-1500**   Fax 646/822-1464
*Email* clientservices@signatureny.com
*Internet* www.signatureny.com   *Estb* 2001
*Memb* FHLB, ABAMN   ACH:Yes
*Return Items* 646/954-4777
*Holding Co* NA
*Wire* S.W.I.F.T. SIGN US 33

Rt No 0260 1357 6   1-1357/260   Fedwire on-line
Fed Telegraph Name SIGNATURE BANK

| Asset Rank 7/117 State | 42/5,189 U.S. | |
|---|---|---|
| *Financial Figures* | *6/30/16* | *6/30/17* |
| Total Assets | 36,546,835,000 | 40,718,610,000 |
| Total Loans | 27,207,720,000 | 30,713,181,000 |
| Total Deposits | 29,580,432,000 | 33,173,195,000 |
| Total Equity | 3,494,486,000 | 3,797,244,000 |
| Net Income | 206,277,000 | 147,872,000 |

*(For Correspondent Information please refer to The Worldwide Correspondents Guide)*

Chair Scott Shay
President Joseph J DePaolo
CEO Joseph J DePaolo
Fin/Acctg NR

Loans Maria Hegi, SVP, C&I Lndg
Marketing Alyson Stone, SVP & Strategy
Operations Patrick Manzi, SVP & Bk Oper Dir

*City Branches*
485 Madison Ave (at 51st St) (10022), 866/744-5463, *Mgr* NR
71 Broadway (at Rector St) (10006), *Mgr* NR
2 Penn Plaza (10121), *Mgr* NR
261 Madison Ave & 39th St (10016), *Mgr* NR
  Branch Deposits 6/30/16  6,164,804,000
300 Park Ave & 49th St (10022), *Mgr* NR
  Branch Deposits 6/30/16  1,251,284,000
950 Third Ave & 57th St, 9th Fl (10022), *Mgr* NR
  Branch Deposits 6/30/16  835,604,000
50 W 57th St, 3rd & 4th Fl (10019), *Mgr* NR
  Branch Deposits 6/30/16  918,648,000
1020 Madison Ave, 4th Fl (10021), *Mgr* NR
  Branch Deposits 6/30/16  487,844,000
200 Park Ave S, Ste 501 (10003), *Mgr* NR
  Branch Deposits 6/30/16  2,096,662,000
*Other Branches* Forestville, Garden City, Great Neck, Greenwich, Hauppauge, Jericho, Melville, New Rochelle, New York City: Bronx, Brooklyn(3) , Manhattan(9) , Queens (Jackson Heights, Jamaica, Long Island City), Staten Island (New Dorp), Rockville Centre, Stephentown, White Plains, Woodmere

### Skandinaviska Enskilda Banken AB
*Branch of* Stockholm, Sweden
245 Park Ave, 33rd Fl (10167-0001)
**212/907-4700**   Telex 661590 ESSEBNY 421618
ESSEBNY   Fax 212/907-4730
Cable ESSEBANKEN
*Wire* S.W.I.F.T. ESSE US 33

Rt No 0260 0303 6   1-303/260
Mgr NR

### Société Générale
*Branch of* Paris, France
1221 Avenue of the Americas, 6th Fl (10020)
**212/278-6000**   Telex 645356   Cable SOC GEN NYK
*Wire* S.W.I.F.T. SOGE US 33, SOGE US 33 IBF, SOGE US 33 EXT

Rt No 0260 0422 6   1-422/260
Mgr Jean-Paul Delacour, Gen Mgr

### Spring Bank
*Branch of* New York City (Bronx)
2049 Frederick Douglass Blvd (10026)
**718/879-5110**   Fax 212/665-3680

Rt No 0260 1413 5   1-1413/260
Mgr Kathy Lasri

### Standard Bank Jersey Limited
*Rep Office of* St. Helier, Jersey, Channel Islands
30 Rockefeller Plaza (10020)
**212/632-6000**   Fax 212/632-6060

Rt No
Mgr NR

### The Standard Bank of South Africa Limited
*Rep Office of* Johannesburg, South Africa
153 E 53rd St, 38th Fl, Citicorp Ctr (10022)
**212/407-5000**   Fax 212/407-5025

Rt No
Mgr Anthony Strutt, SVP

### Standard Chartered Bank
*Branch of* London, United Kingdom
1095 Avenue of the Americas (10036)
**212/667-0700**   Fax 212/667-0380
*Wire* S.W.I.F.T. SCBL US 33

Rt No 0260 0256 1   1-256/260
Mgr NR

### Standard Chartered Bank International (Americas) Limited
*Edge Act Branch of* Miami, FL
101 E 52nd St, 29th Fl (10022)
**212/667-0700**

Rt No 0260 0205 3   1-205/260
Mgr Elodia Hernandez, Gen Mgr

### Standard Chartered International (USA) LTD

*State/Article 12*
1095 Ave of the Americas (10036)
**212/667-0700**   Telex ATT(Easylink) 421044
AMBANK   Fax 212/667-0380
*Email* aeb.ny.service@aexp.com
Cable EXPRESBANK   *Estb* 1919   *Memb* BACS Ltd, Chaps Clearing Co Ltd
*Return Items* 212/640-6900
*Holding Co* Standard Chartered Bank, London, England

Rt No 0260 0159 1   1-159/260

Chair Kenneth Chenault
President Kenneth Chenault
CEO Julio Rojas
Fin/Acctg Keith Barber, Compt

Loans NR
Marketing NR
Operations Anthony DeSimone

### State Bank of India
*Branch of* Mumbai, India
460 Park Ave (10022-1908)
**212/521-3200**   Telex RCA-MCI-236 3050SBNY UR
Fax 212/521-3360   Cable INDTHISTLE NEW YORK
*Wire* S.W.I.F.T. SBIN US 33, SBIN US 33 DEP, SBIN US 33 DTS, SBIN US 33 INV, SBIN US 33 LCD, SBIN US 33 NRI, SBIN US 33 PNR

Rt No 0260 0914 0   1-914/260
Mgr Vijayalaxmi A. Manelkar, VP, Deposits & Remitt
Branch Deposits  6/30/16  4,111,096,000

*Other City Branches*
39 Broadway, 8th fl (10006-3003), 212/521-3200, *Fax* 212/785-5633, *Mgr* Sujit Kumar Varma, CEO, NY Br

### The State Corporation 'The Bank For Development And Foreign Economic Affairs'
*Rep Office of* Moscow, Russia
400 Madison Ave, Suite 7B (10017)
**212/421-8660**   Fax 212/421-8677
*Email* vebusa@veb.ru

Rt No
Mgr NR

### Sumitomo Mitsui Banking Corporation
*Branch of* Tokyo, Japan
277 Park Avenue (10172)
**212/224-4000**   Fax 212/593-9522
*Wire* S.W.I.F.T. SMBC US 33

Rt No 0260 0967 4   1-967/260
Mgr NR

### Sumitomo Mitsui Trust Bank, Limited
*Branch of* Tokyo, Japan
527 Madison Ave, 3rd Fl (10022-4304)
**212/326-0600**   Telex RCA 222049 STBC UR
Fax 212/644-3025   Cable SUMITRUST NEW YORK
*Wire* S.W.I.F.T. STBC US 33

Rt No 0260 1009 0   1-1009/260
Mgr Junichi Sayato, Mng Exec Off

### Svenska Handelsbanken AB (publ)
*Branch of* Stockholm, Sweden
875 Third Avenue 4th Floor (10022-7218)
**212/326-5100**   Telex 1561322 SVNY UT
Fax 212/326-5196
*Wire* S.W.I.F.T. HAND US 33

Rt No 0260 1084 1   1-1084/260
Mgr
Per Ingemar Beckman, EVP, Hd, Cap Mrkts Asset Mgmt

*Other City Branches*
c/o SHB New York branch 875, 3rd Avenue (10022-7218), 212/326-5100, *Mgr* Stephan Oxenborg, Mgr

**Swedbank AB (publ)**
Branch of Sundbyberg, Sweden
One Penn Plaza, 15th Floor (10119)
212/486-8400  Fax 212/486-3220
Wire S.W.I.F.T. SWED US 33, SWED US 33 IBF
Rt No 0260 1257 7  1-1257/260
Mgr John Matthews, Gen Mgr

**Taiwan Business Bank, Ltd**
Branch of Taipei, Taiwan
32 Old Slip, 5th Fl (10005)
626/537-7593
Wire S.W.I.F.T. MBBT US 33
Rt No 0260 1499 9  1-1499/260
Mgr NR

**Taiwan Cooperative Bank**
Branch of Taipei, Taiwan
88 Pine St, 31st Fl (10005)
Wire S.W.I.F.T. TACB US 33
Rt No 0260 1495 7  1-1495/260
Mgr NR

**TD Bank, National Association**
Branch of Wilmington, DE
666 Broadway (10012)
212/505-5959  Fax 212/505-5552
Rt No 0260 1367 3  1-1367/260
Mgr Raffaele DiMaggio
Branch Deposits  6/30/16  224,524,000

*Other City Branches*
1091 Third Ave (10065), 212/753-2467, Fax 212/753-2484, Mgr Barbara Koudellou
  Branch Deposits  6/30/16  300,016,000
200 W 26th St (10001), 212/627-8209, Fax 212/627-0131, Mgr Johnny Pacheco
  Branch Deposits  6/30/16  252,310,000
685 3rd Ave (10017), 212/599-2322, Fax 212/599-2722, Mgr Kimesha Palmer
  Branch Deposits  6/30/16  181,405,000
1504 Third Ave (10028), 212/396-5740, Fax 212/396-5742, Mgr Thomas D Toy
  Branch Deposits  6/30/16  305,429,000
475 Park Ave South (10016), 212/634-2920, Fax 212/634-2922, Mgr Jason Dull
  Branch Deposits  6/30/16  399,936,000
1995 Broadway (10023), 212/579-9418, Fax 212/579-9462, Mgr Howard Green
  Branch Deposits  6/30/16  287,964,000
2109 Broadway (10023), 646/505-1118, Fax 646/505-1177, Mgr Robert Fucci
  Branch Deposits  6/30/16  223,923,000
1470 Second Ave (10021), 212/737-4890, Fax 212/737-5705, Mgr Alcintha Johnson
  Branch Deposits  6/30/16  214,002,000
2521 Broadway (10025), 917/493-5682, Fax 917/493-5698, Mgr Steve Roberts
  Branch Deposits  6/30/16  268,461,000
90 Fifth Ave (10011), 212/381-7900, Fax 212/381-7902, Mgr Lewis Finn
  Branch Deposits  6/30/16  388,425,000
300 W 125th St (10027), 212/280-0756, Fax 212/280-2938, Mgr Steve Roberts
  Branch Deposits  6/30/16  99,097,000
469 7th Ave (10018), 212/244-7201, Fax 212/244-7204, Mgr Alison Murphy
  Branch Deposits  6/30/16  330,404,000
1120 Ave of the Americas (10036), 212/354-6061, Fax 212/354-4083, Mgr Mark Gusinov
  Branch Deposits  6/30/16  138,586,000
317 Madison Ave (10017), 212/651-2700, Fax 212/651-2710, Mgr Ronald Berkowitz
2831 Broadway (10025), 212/932-7859, Fax 212/932-7946, Mgr David Hargraves
  Branch Deposits  6/30/16  132,114,000
2 Wall St (10005), 646/344-4800, Fax 646/344-4802, Mgr Joseph Paradise
  Branch Deposits  6/30/16  567,376,000
260 Park Ave South (10010), 212/533-6036, Fax 212/533-6296, Mgr Robert A Jacobs
  Branch Deposits  6/30/16  180,373,000
155 Canal St (10013), 212/431-4146, Fax 212/431-4170, Mgr William Leung
  Branch Deposits  6/30/16  231,553,000
535 Columbus Ave (10024), 212/580-6092, Fax 212/580-6190, Mgr NR
  Branch Deposits  6/30/16  119,454,000
1633 Broadway (10019), 212/246-2112, Fax 212/246-2212, Mgr NR
  Branch Deposits  6/30/16  134,450,000
582-586 9th Ave (10036), 212/247-8206, Fax 212/247-0938, Mgr Joyce Milliner
  Branch Deposits  6/30/16  435,354,000
401 Fifth Ave (10016), 212/679-2270, Fax 212/679-6574, Mgr Deanna VanderVeen
  Branch Deposits  6/30/16  341,936,000
258 Broadway (10007), 212/608-5034, Fax 212/608-5426, Mgr Carolyn Ligh Rt No 0213 0256 7 50-0256/0213
  Branch Deposits  6/30/16  219,086,000
47 Third Ave (10003), 212/253-2010, Fax 212/529-3592, Mgr Steven Abel Rt No 0213 0256 7 50-0256/0213
  Branch Deposits  6/30/16  95,152,000
1873 Broadway (10023), 212/245-0033, Fax 212/245-0098, Mgr Joseph Doolan Rt No 0213 0256 7 50-0256/0213
  Branch Deposits  6/30/16  144,127,000
2400 Broadway (10024), 212/579-2010, Mgr NR
576 2nd Ave (10016), 212/689-1044, Mgr NR
885 6th Ave (10001), 212/967-0055, Mgr NR
451 Lexington Ave (10017), 212/883-0082, Mgr NR
21 E 1st St (10003), 212/777-4549, Mgr NR
122 Greenwich Ave (10011), 212/242-6681, Mgr NR
224 W 57th St (10019), 212/397-2259, Mgr NR
254 Canal St (10013), 646/613-7043, Mgr NR
329 1st Ave (10003), 212/260-8440, Mgr NR
444 Madison Ave (10022), 212/308-7046, Mgr NR
500 Park Ave (10022), 212/688-3152, Mgr NR
655 Avenue Of The Americas (10010), 212/255-2090, Mgr NR
919 2nd Ave (10017), 212/593-8071, Mgr NR
953 3rd Ave (10022), 212/888-0264, Mgr NR
1031 First Ave (10022), 212/888-0936, Mgr NR
1230 3rd Ave (10021), 212/535-1260, Mgr NR
1240 1st Ave (10065), 212/288-1167, Mgr NR
1290 Avenue Of The Americas (10104), 212/245-0282, Mgr NR
1709 Third Ave (10128), 212/722-0873, Mgr NR
182 Broadway (10038), 212/233-0275, Mgr NR
1375 Broadway (10018), 212/840-0102, Mgr NR
910 Eight Ave (10019), 212/245-2084, Mgr NR

**TD Bank, National Association** branch(es) located at 1350 Avenue of the Americas, 25 Hudson St, ceased operations, effective January, 2016.

**The Toronto-Dominion Bank**
Branch of Toronto, Canada
31 W 52nd St (10019-6101)
212/827-7000  Fax 212/827-7248
Wire S.W.I.F.T. TDOM US 33
Rt No 0260 0324 3  1-324/260
Mgr NR

**Turkiye Cumhuriyet Merkez Bankasi A.S.**
Rep Office of Ankara, Turkey
821 United Nations Plaza (10017-3520)
212/682-8717  Fax 212/867-1958
Rt No
Mgr NR

**Türkiye Cumhuriyeti Ziraat Bankasi A.S.**
Branch of Ankara, Turkey
122 E 42nd Street, Suite 310 (10168)
212/557-5612  Telex 426674 ZBNY
Fax 212/490-8076  Cable ZERBANK NEWYORK
Email info@ziraatnewyork.com
Rt No 0260 0912 4  1-912/260
Mgr Sevda Dokmeci, Hd, Oper

**Türkiye İş Bankası A.Ş.**
Rep Office of İstanbul, Turkey
500 Fifth Avenue, Suite 2400 (10110)
212/840-1027  Fax 212/840-1034
Rt No
Mgr NR

**Türkiye Vakiflar Bankasi T.A.O.**
Branch of İstanbul, Turkey
680 Fifth Ave, 23rd Fl (10019-4614)
212/621-9400  Telex 6791891 VAKIF NY
Fax 212/702-1088
Wire S.W.I.F.T. TVBA US 33
Rt No 0260 1271 3  1-1271/260
Mgr NR

**UBS AG**
Branch of Zürich, Switzerland
299 Park Ave (10017)
212/821-3000
Wire S.W.I.F.T. UBSW US 33 PID, UBSW US 33 PAK
Rt No 0260 0799 3  1-799/260
Mgr NR

*Other City Branches*
101 Park Ave (10178), PO Box 395, Church St Stn (10008-0395), 212/916-2000, Fax 212/916-2001, Mgr NR

**UniCredit Bank AG**
Branch of Munich, Germany
150 E 42nd St (10017-5612)
212/672-6000  Telex 62 850 UBB NYK
Fax 212/672-5555
Wire S.W.I.F.T. HYVE US 33, HYVE US 33 FXC, HYVE US 33 001, HYVE US 33 FEX, HYVE US 33 IBF, HYVE US 33 LNS, HYVE US 33 MMD, HYVE US 33 REA, HYVE US 33 SYN, HYVE US 33 SWS, HYVE US 33 CMT
Rt No 0260 0880 8  1-880/260
Mgr Oliver Schwarz, Mgr

**UniCredit S.p.A.**
Branch of Milan, Italy
150 E 42nd St (10017-5812)
212/546-9600  Fax 212/407-1786
Email newyorkbranch@unicreditgroup.eu
Wire S.W.I.F.T. UNCR US 33, UNCR US 33 IBF, UNCR US 33 FXC, UNCR US 33 CMT
Rt No 0260 0853 6  1-853/260
Mgr NR

*Other City Branches*
250 Park Ave, Ste 800 (10177-0899), 212/692-4300, Mgr NR

**United Bank for Africa plc**
Branch of Lagos, Nigeria
1 Rockefeller Plaza 8th Floor (10022-4212)
212/308-7222  Telex MCI 6801143/78
Fax 212/688-0870
Email ubany@ubany.com
Wire S.W.I.F.T. UNAF US 33
Rt No 0260 0011 0  1-11/260
Mgr NR

**United Bank Limited**
Branch of Karachi, Pakistan
80 Broad St., 24 F (10004)
212/943-1275  Fax 212/968-0557
Cable UNITEDBANK
Wire S.W.I.F.T. UNIL US 33
Rt No 0260 0790 6  1-790/260
Mgr Anwer Zaidi, Gen Mgr

**United Orient Bank**
Rt No 0260 0275 2  1-275/260  Fedwire on-line
Fed Telegraph Name UN ORIENT NYC

State/Commercial Bank
10 Chatham Sq (10038-1098)
212/349-1100  Fax 212/227-6200
Internet www.uobusa.com  Estb 1981
Memb FDIC, FHLB, ICBA, NY Bnkrs  ACH:Yes
Return Items 212/349-1100 Ext 345
Holding Co NA

| | | |
|---|---|---|
| Asset Rank 112/117 State | 3,936/5,189 U.S. | |
| Financial Figures | 6/30/16 | 6/30/17 |
| Total Assets | 93,810,000 | 96,714,000 |
| Total Loans | 81,617,000 | 89,138,000 |
| Total Deposits | 79,288,000 | 79,781,000 |
| Total Equity | 11,865,000 | 12,365,000 |
| Net Income | 183,000 | 265,000 |

(For Correspondent Information please refer to The Worldwide Correspondents Guide)

listing continued

**United Orient Bank**
*listing continued*
Chair Anthony P Colombini
President C C Lee
CEO C C Lee
Fin/Acctg NR
Loans C C Lee
Marketing C C Lee
Operations Albert K K Chu, EVP & COO

*City Branches*
185 Canal St (10002), 212/699-3888, *Fax* 212/699-2988, *Mgr* Jelenna Leung
  *Branch Deposits* 6/30/16 33,003,000
*Other Branches*: Manhattan(2)

**United Overseas Bank Limited**
*Agency of* Singapore, Singapore
UOB Building, 592 Fifth Avenue, 10th Floor, 48th Street (10036)
**212/382-0088** *Telex* 232265 TYEHUA
*Fax* 212/382-1881   *Cable* TYEHUABANK NEW YORK
*Email* uob.newyork@uobgroup.com
*Wire* S.W.I.F.T. UOVB US 33

*Rt No* 0260 0711 3   1-711/260
*Mgr* George Phoon Seng Lim, Gen Mgr

**Valley National Bank**
*Branch of* Passaic, NJ
924 Broadway, 4th Fl (10010)
**212/253-4901**   *Fax* 212/254-0715
*Wire* S.W.I.F.T. MBNY US 33

*Rt No* 0260 0679 0   1-679/260
*Mgr* NR

*Branch Deposits* 6/30/16 274,376,000

*Other City Branches*
100 Park Ave (10017-1101), 212/867-6242, *Fax* 212/922-1353, *Mgr* NR
  *Branch Deposits* 6/30/16 501,438,000
93 Canal St (10002), 646/613-8079, *Fax* 212/219-2384, *Mgr* NR
  *Branch Deposits* 6/30/16 44,916,000
71 W 47th St (10036), 212/764-6755, *Fax* 212/944-9476, *Mgr* NR
  *Branch Deposits* 6/30/16 244,145,000
1040 Sixth Ave (10018), 212/819-1686, *Fax* 212/730-8499, *Mgr* NR
295 Fifth Ave @ 30th St (10016-7103), 212/481-6109, *Fax* 212/213-4870, *Mgr* NR
  *Branch Deposits* 6/30/16 158,247,000
450 Broadway (10013-2563), 212/925-8300, *Fax* 212/274-9606, *Mgr* NR
  *Branch Deposits* 6/30/16 166,280,000
1328 Second Ave (10021), 212/585-4213, *Fax* 212/585-4013, *Mgr* NR
  *Branch Deposits* 6/30/16 33,636,000
1569 Third Ave @ 88th St (10128-2202), 917/492-2736, *Fax* 917/492-1083, *Mgr* NR
  *Branch Deposits* 6/30/16 33,027,000
159 8th Ave (10011-5107), 212/741-4690, *Fax* 212/645-0955, *Mgr* NR
  *Branch Deposits* 6/30/16 18,940,000
111 4th Ave (10003-5236), 212/777-2870, *Fax* 212/777-2396, *Mgr* NR *Rt No* 0212 0138 3   55-0138/0212
  *Branch Deposits* 6/30/16 25,289,000
924 Broadway (10010-6007), 212/477-7783, *Fax* 212/777-3498, *Mgr* NR *Rt No* 0212 0138 3   55-0138/0212
1040 Avenue of the Americas, 39th St (10018), 212/819-1682, *Mgr* NR *Rt No* 0212 0138 3   55-0138/0212
  *Branch Deposits* 6/30/16 146,175,000
120 Broadway (10271), 212/359-3434, *Fax* 212/406-6046, *Mgr* NR *Rt No* 0260 1404 1   1-1404/0260
  *Branch Deposits* 6/30/16 8,904,000

**Valley National Bank** *branch(es) located at 90 Franklin St, ceased operations, effective November, 2015.*

**Valley National Bank** *branch(es) located at 350 Park Ave, ceased operations, effective June, 2016.*

**Valley National Bank** *branch(es) located at 776 Ave of the Americas, ceased operations, effective May, 2016.*

**Wells Fargo Bank, National Association**
*Branch of* Sioux Falls, SD
2330 Broadway (10024)
**917/441-3271**

*Rt No* 0260 1288 1   1-1288/260
*Mgr* NR

*Other City Branches*
784 Broadway (10003), 212/677-5693, *Mgr* NR
463 Broadway (10013), 212/941-4440, *Mgr* NR
120 Seventh Ave (10011), 212/488-5180, *Mgr* NR
535 Seventh Ave (10018), 212/764-8260, *Mgr* NR
2040 Broadway (10023), 212/769-7840, *Mgr* NR
143 Lenox Ave (10026), 212/531-8850, *Mgr* NR
180 Madison Ave (10016), 212/213-0936, *Mgr* NR
104 E 14th St (10003), 212/419-5637, *Mgr* NR
375 Park Ave (10152), 704/590-4900, *Mgr* NR *Rt No* 0260 0509 2   1-0509/0260

**Wells Fargo Bank, National Association** *branch(es) located at 99 Park Ave, ceased operations, effective May, 2016.*

**Westdeutsche Immobilien Servicing AG**
*Rep Office of* Mainz, Germany
850 Third Ave, 21st Floor (10022)
**212/588-0065**   *Fax* 212/588-0992
*Email* ny@wdimmobank.com

*Rt No*
*Mgr* NR

**Westdeutsche ImmobilienBank AG** *banking license surrender effective June, 2017*

**Westdeutsche ImmobilienBank AG** *changed title to Westdeutsche Immobilien Servicing AG, effective June, 2017.*

**Westpac Banking Corporation**
*Branch of* Sydney, Australia
575 Fifth Ave, 39th Fl (10017-2422)
**212/551-1800**   *Telex* (23) 425 620
*Fax* 212/551-1999
*Wire* S.W.I.F.T. WPAC US 33

*Rt No* 0260 0344 7   1-344/260
*Mgr* Him Tate, Gen Mgr-Europe

**Wilmington Trust, National Association**
*Branch of* Wilmington, DE
520 Madison Ave, 33rd Floor (10022)
**212/751-9500**

*Rt No* 0223 1300 5   50-1300/223
*Mgr* NR

**Wilshire Bank** *changed title to Bank of Hope, due to a merger with BBCN Bank, of Los Angeles, CA, effective July, 2016.*

**Woori America Bank**
*State/Commercial Bank*
330 5th Avenue 3rd Floor (10001)
**212/244-1500**   *Telex* 220485 KCB NY
*Fax* 212/695-5593   *Cable* NEWCOMBANK
*Internet* www.wooriamericabank.com   *Estb* 1984
*Memb* ABA, FDIC, ICBA   *ACH:*Yes
*Return Items* 212/244-1500
*Holding Co* Woori Bank, Seoul,
*Wire* S.W.I.F.T. HVBK US 3N

*Rt No* 0260 0744 3   1-744/260   *Fedwire off-line*

| | | |
|---|---|---|
| *Asset Rank* 32/117 State | 420/5,189 U.S. | |
| *Financial Figures* | 6/30/16 | 6/30/17 |
| *Total Assets* | 1,509,925,000 | 1,682,821,000 |
| *Total Loans* | 1,246,217,000 | 1,412,188,000 |
| *Total Deposits* | 1,333,142,000 | 1,490,150,000 |
| *Total Equity* | 163,202,000 | 176,525,000 |
| *Net Income* | 5,383,000 | 6,630,000 |

*(For Correspondent Information please refer to The Worldwide Correspondents Guide)*

Chair Gyue Kim
President Hong Koo Kim
CEO Hong Koo Kim
Fin/Acctg NR
Loans Robert T McGowan, SVP
Marketing Sung Hyo Yoon, VP
Operations NR

*Other Branches*: Queens (Flushing, Woodside); CA: Los Angeles; MD: Ellicott City; NJ: Closter, Fort Lee, Palisades Park, Ridgefield; PA: Cheltenham, Philadelphia; VA: Annandale

**Woori Bank**
*Agency of* Seoul, South Korea
245 Park Ave, 43rd Fl (10167-0001)
**212/949-1900**   *Telex* 232108 HANVIT UR
*Fax* 212/490-7146   *Cable* COBANKOREA NEW YORK
*Wire* S.W.I.F.T. HVBK US 33

*Rt No* 0260 0541 6   1-541/260
*Mgr* Deuk Soo Na, Sales Dir/Gen Mgr

**Yapı ve Kredi Bankası AS**
*Rep Office of* İstanbul, Turkey
40 E 52nd St, 20th Fl (10022-5911);
745 5th Ave, Ste 1114 (10151-1199)
**212/751-1135**   *Telex* 125857 YAPI NYK
*Fax* 212/308-3491   *Cable* YAPIKREDI NEW YORK

*Rt No*
*Mgr* NR

# New York City (Brooklyn)

**Alma Bank**
*Branch of* New York City (Queens), Astoria
1218 Kings Hwy (11229)
**718/336-4070**   *Fax* 718/336-4071

*Rt No* 0260 1438 4   1-1438/260
*Mgr* NR

*Branch Deposits* 6/30/16 46,211,000

*Other City Branches*
8424 5th Ave (11209), 718/680-5800, *Fax* 718/680-5828, *Mgr* NR
  *Branch Deposits* 6/30/16 48,115,000
140 58th St (11220), 718/439-8270, *Fax* 718/439-8271, *Mgr* NR
  *Branch Deposits* 6/30/16 33,902,000
1023 Ave of the Americas (11001), 212/730-5890, *Fax* 212/730-5891, *Mgr* NR
4401 13th Ave (11219), 718/907-1000, *Fax* 718/436-0647, *Mgr* NR
  *Branch Deposits* 6/30/16 13,865,000

**Amalgamated Bank**
*Branch of* New York City (Manhattan)
1212 Fulton St (11216)
**718/510-9001**   *Fax* 718/399-2869

*Rt No* 0260 0337 9   1-337/260
*Mgr* Patricia Bines, VP

*Branch Deposits* 6/30/16 31,028,000

*Other City Branches*
4502 5th Ave (11220), 718/510-9021, *Fax* 718/435-2452, *Mgr* NR
  *Branch Deposits* 6/30/16 30,317,000