**EXHIBIT E**

 

(http://www.dfs.ny.gov/) 

## Who We Supervise

**Enter the name of the institution and/or the type of institution you are searching for below:**

- To display all of the financial institutions we supervise, leave both fields blank.
- To display a list of all of the institutions of one type that we supervise, leave the Name of Institution field blank and just choose a Type of Institution. For example, to see all of the Check Cashers that we supervise, leave the 'Name of Institution' field blank and just choose "Check Cashers" in the Type of Institution drop-down menu.
- If you don't know what type of business an institution is, enter what you know in the "Name of Institution" field and leave the Type of Institution field blank.

| Name of Institution: | barclays bank plc | Type of Institution: | |
|---|---|---|---|

[Search] [Reset]

In addition to the entities listed above, the DFS also supervises all insurance companies that do business in New York. The following links can help you find out if we license an insurance company, check the status of an insurance agent or broker's license, or get information on active bail bond agents or service contract provider:

- Insurance Company Search (https://myportal.dfs.ny.gov/web/guest-applications/ins.-company-search)
- Insurance Licensee Look-Up (https://myportal.dfs.ny.gov/nylinxext/elsearch.alis)
- Service Contract Providers (https://myportal.dfs.ny.gov/web/guest-applications/service-contract-providers)
- Bail Bond Agents (https://myportal.dfs.ny.gov/web/guest-applications/bail-bonds-search)

Certain banks, credit unions and other financial institutions may not be New York State-chartered or licensed, so we may not supervise them. Here are some other resources for finding out who does. (http://www.dfs.ny.gov/about/otherregulators.htm)

**Search Results Include "2" Primary Institutions**
**Download Search Results:** Excel PDF CSV XML

(1 of 1)   1   25

| PRIMARY NAME | MAIN ADDRESS | MAIL ADDRESS | INSTITUTION TYPE | INST. LIC INACTIVE |
|---|---|---|---|---|
| Barclays Bank PLC | 745 Seventh Avenue New York, NY 10019 | - | Exempt Mortgage Loan Servicer | |
| Barclays Bank PLC | 745 Seventh Avenue New York, NY 10019 | - | Foreign Branch | |

 

[(http://www.dfs.ny.gov/)](http://www.dfs.ny.gov/)   SECURE PORTAL

## Who We Supervise

**Enter the name of the institution and/or the type of institution you are searching for below:**

- To display all of the financial institutions we supervise, leave both fields blank.
- To display a list of all of the institutions of one type that we supervise, leave the Name of Institution field blank and just choose a Type of Institution. For example, to see all of the Check Cashers that we supervise, leave the 'Name of Institution' field blank and just choose "Check Cashers" in the Type of Institution drop-down menu.
- If you don't know what type of business an institution is, enter what you know in the "Name of Institution" field and leave the Type of Institution field blank.

**Name of Institution:** `BNP paribas`          **Type of Institution:**

[Search]  [Reset]

In addition to the entities listed above, the DFS also supervises all insurance companies that do business in New York. The following links can help you find out if we license an insurance company, check the status of an insurance agent or broker's license, or get information on active bail bond agents or service contract provider:

- Insurance Company Search (https://myportal.dfs.ny.gov/web/guest-applications/ins.-company-search)
- Insurance Licensee Look-Up (https://myportal.dfs.ny.gov/nylinxext/elsearch.alis)
- Service Contract Providers (https://myportal.dfs.ny.gov/web/guest-applications/service-contract-providers)
- Bail Bond Agents (https://myportal.dfs.ny.gov/web/guest-applications/bail-bonds-search)

  Certain banks, credit unions and other financial institutions may not be New York State-chartered or licensed, so we may not supervise them. Here are some other resources for finding out who does. (http://www.dfs.ny.gov/about/otherregulators.htm)

**Search Results Include "3" Primary Institutions**
**Download Search Results:** Excel PDF CSV XML

(1 of 1)  [ ] [ ] 1 [ ] [ ]  25

| PRIMARY NAME | MAIN ADDRESS | MAIL ADDRESS | INSTITUTION TYPE | INST. LIC INACTIVE |
|---|---|---|---|---|
| Bnp Paribas | 787 Seventh Avenue New York, NY 10019 | - | Exempt Mortgage Loan Servicer | |
| BNP Paribas | 787 7th Avenue New York, NY 10019 | 787 7th Avenue New York, NY 10019 US | Foreign Branch | |

 

[(http://www.dfs.ny.gov/)](http://www.dfs.ny.gov/)

## Who We Supervise

**Enter the name of the institution and/or the type of institution you are searching for below:**

- To display all of the financial institutions we supervise, leave both fields blank.
- To display a list of all of the institutions of one type that we supervise, leave the Name of Institution field blank and just choose a Type of Institution. For example, to see all of the Check Cashers that we supervise, leave the 'Name of Institution' field blank and just choose "Check Cashers" in the Type of Institution drop-down menu.
- If you don't know what type of business an institution is, enter what you know in the "Name of Institution" field and leave the Type of Institution field blank.

**Name of Institution:** Commerzbank    **Type of Institution:**

[Search]  [Reset]

In addition to the entities listed above, the DFS also supervises all insurance companies that do business in New York. The following links can help you find out if we license an insurance company, check the status of an insurance agent or broker's license, or get information on active bail bond agents or service contract provider:

- Insurance Company Search (https://myportal.dfs.ny.gov/web/guest-applications/ins.-company-search)
- Insurance Licensee Look-Up (https://myportal.dfs.ny.gov/nylinxext/elsearch.alis)
- Service Contract Providers (https://myportal.dfs.ny.gov/web/guest-applications/service-contract-providers)
- Bail Bond Agents (https://myportal.dfs.ny.gov/web/guest-applications/bail-bonds-search)

Certain banks, credit unions and other financial institutions may not be New York State-chartered or licensed, so we may not supervise them. Here are some other resources for finding out who does. (http://www.dfs.ny.gov/about/otherregulators.htm)

**Search Results Include "1" Primary Institutions**
**Download Search Results:** Excel PDF CSV XML

(1 of 1)   1   25

| PRIMARY NAME | MAIN ADDRESS | MAIL ADDRESS | INSTITUTION TYPE | INST. LIC INACTIVE |
|---|---|---|---|---|
| Commerzbank Aktiengesellschaft | 225 Liberty Street New York, NY 10281 | 225 Liberty Street, (Formerly known as: 2 World Financial Center) New York, NY 10281 US | Foreign Branch | |

 

[(http://www.dfs.ny.gov/)](http://www.dfs.ny.gov/) 

## Who We Supervise

**Enter the name of the institution and/or the type of institution you are searching for below:**

- To display all of the financial institutions we supervise, leave both fields blank.
- To display a list of all of the institutions of one type that we supervise, leave the Name of Institution field blank and just choose a Type of Institution. For example, to see all of the Check Cashers that we supervise, leave the 'Name of Institution' field blank and just choose "Check Cashers" in the Type of Institution drop-down menu.
- If you don't know what type of business an institution is, enter what you know in the "Name of Institution" field and leave the Type of Institution field blank.

| Name of Institution: | Deutsche bank trust com | Type of Institution: | |

[Search] [Reset]

In addition to the entities listed above, the DFS also supervises all insurance companies that do business in New York. The following links can help you find out if we license an insurance company, check the status of an insurance agent or broker's license, or get information on active bail bond agents or service contract provider:

- Insurance Company Search (https://myportal.dfs.ny.gov/web/guest-applications/ins.-company-search)
- Insurance Licensee Look-Up (https://myportal.dfs.ny.gov/nylinxext/elsearch.alis)
- Service Contract Providers (https://myportal.dfs.ny.gov/web/guest-applications/service-contract-providers)
- Bail Bond Agents (https://myportal.dfs.ny.gov/web/guest-applications/bail-bonds-search)

Certain banks, credit unions and other financial institutions may not be New York State-chartered or licensed, so we may not supervise them. Here are some other resources for finding out who does. (http://www.dfs.ny.gov/about/otherregulators.htm)

**Search Results Include "2" Primary Institutions**
**Download Search Results:** Excel PDF CSV XML

(1 of 1)  1  25

| PRIMARY NAME | MAIN ADDRESS | MAIL ADDRESS | INSTITUTION TYPE | INST. LIC INACTIVE |
|---|---|---|---|---|
| Deutsche Bank Trust Company Americas | 280 Park Avenue, 4 East New York, NY 10017 | - | Exempt Mortgage Loan Servicer | |
| Deutsche Bank Trust Company Americas | 60 Wall Street New York, NY 10005 | - | Trust Company | |

**Enter the name of the institution and/or the type of institution you are searching for below:**

- To display all of the financial institutions we supervise, leave both fields blank.
- To display a list of all of the institutions of one type that we supervise, leave the Name of Institution field blank and just choose a Type of Institution. For example, to see all of the Check Cashers that we supervise, leave the 'Name of Institution' field blank and just choose "Check Cashers" in the Type of Institution drop-down menu.
- If you don't know what type of business an institution is, enter what you know in the "Name of Institution" field and leave the Type of Institution field blank.

**Name of Institution:** bank of nova scotia    **Type of Institution:**

Search   Reset

In addition to the entities listed above, the DFS also supervises all insurance companies that do business in New York. The following links can help you find out if we license an insurance company, check the status of an insurance agent or broker's license, or get information on active bail bond agents or service contract provider:

- Insurance Company Search (https://myportal.dfs.ny.gov/web/guest-applications/ins.-company-search)
- Insurance Licensee Look-Up (https://myportal.dfs.ny.gov/nylinxext/elsearch.alis)
- Service Contract Providers (https://myportal.dfs.ny.gov/web/guest-applications/service-contract-providers)
- Bail Bond Agents (https://myportal.dfs.ny.gov/web/guest-applications/bail-bonds-search)

Certain banks, credit unions and other financial institutions may not be New York State-chartered or licensed, so we may not supervise them. Here are some other resources for finding out who does. (http://www.dfs.ny.gov/about/otherregulators.htm)

**Search Results Include "1" Primary Institutions**
**Download Search Results:** Excel PDF CSV XML

(1 of 1)    1    25

| PRIMARY NAME | MAIN ADDRESS | MAIL ADDRESS | INSTITUTION TYPE | INST. LIC INACTIVE |
|---|---|---|---|---|
| Bank of Nova Scotia, The | 250 Vesey Street New York, NY 10281 | 250 Vesey Street New York, NY 10281 US | Foreign Agency | |

(1 of 1)    1    25

**HELP AND INFORMATION**

 Portal Help (/web/guest/dfs-help-page)     Visit Us (http://www.dfs.ny.gov)

**Enter the name of the institution and/or the type of institution you are searching for below:**

- To display all of the financial institutions we supervise, leave both fields blank.
- To display a list of all of the institutions of one type that we supervise, leave the Name of Institution field blank and just choose a Type of Institution. For example, to see all of the Check Cashers that we supervise, leave the 'Name of Institution' field blank and just choose "Check Cashers" in the Type of Institution drop-down menu.
- If you don't know what type of business an institution is, enter what you know in the "Name of Institution" field and leave the Type of Institution field blank.

| Name of Institution: | standard chartered | Type of Institution: | |
|---|---|---|---|

Search    Reset

In addition to the entities listed above, the DFS also supervises all insurance companies that do business in New York. The following links can help you find out if we license an insurance company, check the status of an insurance agent or broker's license, or get information on active bail bond agents or service contract provider:

- Insurance Company Search (https://myportal.dfs.ny.gov/web/guest-applications/ins.-company-search)
- Insurance Licensee Look-Up (https://myportal.dfs.ny.gov/nylinxext/elsearch.alis)
- Service Contract Providers (https://myportal.dfs.ny.gov/web/guest-applications/service-contract-providers)
- Bail Bond Agents (https://myportal.dfs.ny.gov/web/guest-applications/bail-bonds-search)

Certain banks, credit unions and other financial institutions may not be New York State-chartered or licensed, so we may not supervise them. Here are some other resources for finding out who does. (http://www.dfs.ny.gov/about/otherregulators.htm)

**Search Results Include "1" Primary Institutions**
**Download Search Results:** Excel PDF CSV XML

(1 of 1)    1    25

| | PRIMARY NAME | MAIN ADDRESS | MAIL ADDRESS | INSTITUTION TYPE | INST. LIC INACTIVE |
|---|---|---|---|---|---|
| | Standard Chartered Bank | 1095 Avenue of the Americas New York, NY 10036 | - | Foreign Branch | |

(1 of 1)    1    25

**HELP AND INFORMATION**



Portal Help (/web/guest/dfs-help-page)    Visit Us (http://www.dfs.ny.gov)

**Enter the name of the institution and/or the type of institution you are searching for below:**

- To display all of the financial institutions we supervise, leave both fields blank.
- To display a list of all of the institutions of one type that we supervise, leave the Name of Institution field blank and just choose a Type of Institution. For example, to see all of the Check Cashers that we supervise, leave the 'Name of Institution' field blank and just choose "Check Cashers" in the Type of Institution drop-down menu.
- If you don't know what type of business an institution is, enter what you know in the "Name of Institution" field and leave the Type of Institution field blank.

**Name of Institution:** societe generale      **Type of Institution:**

Search    Reset

In addition to the entities listed above, the DFS also supervises all insurance companies that do business in New York. The following links can help you find out if we license an insurance company, check the status of an insurance agent or broker's license, or get information on active bail bond agents or service contract provider:

- Insurance Company Search (https://myportal.dfs.ny.gov/web/guest-applications/ins.-company-search)
- Insurance Licensee Look-Up (https://myportal.dfs.ny.gov/nylinxext/elsearch.alis)
- Service Contract Providers (https://myportal.dfs.ny.gov/web/guest-applications/service-contract-providers)
- Bail Bond Agents (https://myportal.dfs.ny.gov/web/guest-applications/bail-bonds-search)

  Certain banks, credit unions and other financial institutions may not be New York State-chartered or licensed, so we may not supervise them. Here are some other resources for finding out who does. (http://www.dfs.ny.gov/about/otherregulators.htm)

**Search Results Include "1" Primary Institutions**
**Download Search Results:** Excel PDF CSV XML

(1 of 1)    1    25

| PRIMARY NAME | MAIN ADDRESS | MAIL ADDRESS | INSTITUTION TYPE | INST. LIC INACTIVE |
|---|---|---|---|---|
| Societe Generale | 245 Park Avenue New York, NY 10167 | 245 Park Avenue New York, NY 10167 US | Foreign Branch | |

(1 of 1)    1    25

---

**HELP AND INFORMATION**

 Portal Help (/web/guest/dfs-help-page)     Visit Us (http://www.dfs.ny.gov)

---