**EXHIBIT F**

| Home | About Us ▾ | RTP ▾ | Connected Banking ▾ | Advocacy ▾ | Payment Systems ▾ | TCHPA ▾ | ECCHO | UID Lookup |   |

# Contact Us

**Contact Us is experiencing technical issues, please call The Clearing House Customer Service number at 1.800.875.2242 for support. We apologize for any inconvenience this may have caused you.**

**@ Contact Information**

**Name**
[Enter First and Last name]

**Email**
[Enter Email Address]

**Telephone**
[Enter Telephone Number]

*Topic:*

○ Account Authentication
○ Account Management Access
○ Advocacy Inquiries
○ Annual Conference Inquiries
○ Bank Name Change Notification
○ Core Product or Settlement
○ Core Products Documentation
○ Employment Verification
○ Event Registration Issues
○ MDC Code

---MEMBER INFORMATION ONLY:---

**Financial Institution**
[Enter Financial Institution Name]

**RT/ABA**
[Enter RT/ABA]

○ Media Inquiries
○ Payments Rules
○ Product Interest and Documentation
○ Subpoenas
○ TCH Payments Authority Support
○ UID Lookup Issues
○ Vendor Compliance Requests
○ Website Technical Issues
○ Other, please describe below



**Customer Service**

**1.800.875.2242**

**Option 1:** User token access for file transfer support

**Option 2:** Extension request, rules or settlement support

**Option 3:** Training and publications

**Option 4:** RTP Support

**Option 5:** Secure Token Exchange support

**Option 6:** Company Directory

**Option 8:** All other calls

**Comments/Inquiries:**

Enter your comments or inquiries.

SEND



**Headquarters**

**1.212.613.0100**

**Option 1:** Direct extension

**Option 2:** Customer directory

**Option 3:** Operations and customer service

**Option 4:** Additional Assistance

**New York, NY**
1114 Avenue of the Americas
17th Floor
New York, NY 10036



**RTP Information**

**1.212.612.9250**

**RTPInfo@theclearinghou**

RTP information for **community banks** and **credit unions**

## UID Lookup

CHIPS UID stands for Clearing House Interbank Payments System Universal Identifier, an electronic clearinghouse database system, which facilitates the transfer of funds from both individual consumers and institutions. It is the bank end of the automated clearing house (ACH) network, which is run by the National Automated Clearing House Association, and it provides the platform that allows exchanges to take place quickly and accurately. See *UID Lookup* for additional information.

## Issuing Subpoenas

See *detailed instructions for issuing subpoenas* as well as information on the TCH response to subpoenas and important contact information.

## Fraud Warning

Given The Clearing House's role as a payment system operator, criminals use our name and publicly available information, such as our logo and the names and signatures of our executives, to create fraudulent documents and communications in the hopes of tricking individuals and businesses into sending money or providing account or other confidential information.

Please be advised that The Clearing House does not:

- provide services, including funds transfers, to the general public
- hold accounts or funds for others, or
- issue certificates, monetary instruments, or other documents of value.

If you have received documents or communications that claim to entitle you to funds held, processed, or issued by The Clearing House, these documents or communications are fraudulent.

If you have shared any financial account, personal, or other confidential information with others as a result of communications or documentation claiming to be from The Clearing House, you should contact your bank or financial services company immediately and do everything possible to ensure that your accounts and funds are secure and cannot be inappropriately accessed by third parties.  If you have paid any money to the individuals with whom you have been in contact, you should contact your local law enforcement authority immediately.

News　　Publications　　Events　　Calendar　　Careers　　**Contact Us**

Privacy Policy　　Terms & Conditions　　© The Clearing House Payments Company L.L.C.