UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of<br>STENN ASSETS UK LIMITED,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to<br>Conduct Discovery for Use in Foreign Proceedings | Case No. 20 Misc._____<br><br>**CORPORATE DISCLOSURE<br>STATEMENT** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Stenn Assets UK Limited states that Stenn Holdings Ltd., an entity registered in the British Virgin Islands, owns 100% of its shares.

Dated:  March 4, 2020

            KELLNER HERLIHY GETTY & FRIEDMAN, LLP

            By:_____
              Michelle J Martin
            *Attorneys for Stenn Assets UK Limited*
            470 Park Avenue South—7th Floor
            New York, NY 10016-6819
            Telephone: (212) 889-2121
            E-mail: mm@khgflaw.com