```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
In re Application of                                       :
                                                           :
STENN ASSETS UK LIMITED                                    :     20-MC-131 (VSB)
                                                           :
-----------------------------------------------------------X     **ORDER**
```

VERNON S. BRODERICK, United States District Judge:

      Stenn Assets UK Ltd. ("Stenn Assets") filed this ex parte application for discovery pursuant to 28 U.S.C. § 1782 on March 4, 2020. (Doc. 1.) I scheduled a hearing on the application for October 28, 2020. Ahead of the hearing I directed counsel for Stenn Assets to consider the Second Circuit's decision in *In Re Guo*, 965 F.3d 96 (2d Cir. 2020), and be prepared to answer questions relating to that decision. (Docs. 14, 15.) Minutes before the hearing, Stenn Assets filed a letter requesting that I dismiss the application without prejudice. (Doc. 16.) At the hearing, Stenn Assets reiterated that it wished to withdraw the application, without prejudice. Accordingly, it is hereby:

      ORDERED that Stenn Assets UK Ltd.'s application is Dismissed.

      The Clerk of Court is directed to terminate the motion at Document 1 and close the case.

SO ORDERED.

Dated: October 30, 2020
      New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge